IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK DISMORE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-437 |
| | ) | |
| v. | ) | |
| | ) | |
| SEAFORD SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL OF A CIVIL ACTION

TO:   Frank Dismore
      1 Crossgate Drive
      Seaford, DE 19973

PLEASE TAKE NOTICE that on July 19, 2006, Defendant Seaford School District filed with the Clerk of the United States District Court for the District of Delaware and with the Prothonotary of the Superior Court of the State of Delaware in and for Sussex County a Notice of Removal of the above-entitled action. A copy of the Notice of Removal is attached hereto. The Superior Court of the State of Delaware in and for Sussex County "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY, P.C.

_____
Jennifer M. Becnel-Guzzo, Esquire (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
jennifer.becnelguzzo@bipc.com

July 19, 2006                                          *Attorneys for Defendant Seaford School District*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK DISMORE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| | ) |
| v. | ) |
| | ) |
| SEAFORD SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Defendant Seaford School District ("Seaford") respectfully notifies the Court as follows:

1.  Plaintiff Frank Dismore filed a complaint (the "Complaint") in the Superior Court of the State of Delaware in and for Sussex County on or about June 1, 2006, C.A. No. 06C-06-001-THG.

2.  On June 26, 2006, Seaford received a copy of the Complaint and Summons in Docket No. C.A. No. 06C-06-001-THG, although there is a question as to whether it was properly served. Seaford did not previously receive a copy of the Complaint and Summons. The Removal is therefore timely under 28 U.S.C. § 1446(b), in that it is being filed within 30 days of service and Seaford's first receipt of a copy of the Complaint and Summons. A true and correct copy of the Complaint and Summons are attached hereto as Exhibit A.

3.  The exclusive claim raised in Mr. Dismore's Complaint is that he was discharged and/or harassed by Seaford in violation of the Americans with Disabilities Act (the "ADA"), 42 U.S.C. § 12101, *et seq.*

4.  In accordance with 28 U.S.C. § 1331, this Court has original jurisdiction over this matter as the Complaint alleges violations of a federal statute.

5.  This notice of removal is brought pursuant to 28 U.S.C. § 1441(b), which permits a defendant to remove any matter involving a federal question.

WHEREFORE, this action now pending in the Superior Court of the State of Delaware in and for Sussex County is properly removed therefrom to this Court pursuant to 28 U.S.C. 1441(b).

> Respectfully submitted,
>
> BUCHANAN INGERSOLL & ROONEY, P.C.
>
> /s/ Jennifer M. Becnel-Guzzo
> Jennifer M. Becnel-Guzzo, Esquire (#4492)
> The Brandywine Building
> 1000 West Street, Suite 1410
> Wilmington, DE 19801
> (302) 552-4200
> (302) 552-4295 (facsimile)
> jennifer.becnelguzzo@bipc.com

July 19, 2006

*Attorneys for Defendant Seaford School District*

# EXHIBIT A

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR SUSSEX COUNTY

_Frank Dismore_ :  CIVIL ACTION NO. _06C-06-001_

_1 Cross Gate Dr._ :

_Seaford Del. 19973_ :  PRAECIPE FOR _____

_____ :

       VS.

_Seaford School District_

_500 N. Dual Hwy_ :

_Seaford Del. 19973_ :

_____ :

TO: _____
    Prothonotary

Please issue the following writ to the Sheriff of _____
County to serve the defendant at the address listed above.

                            _____
                            Attorney for _____

Dated: _____

# In the Superior Court of the State of Delaware

IN AND FOR SUSSEX COUNTY

FRANK DISMORE
1 CROSSGATE DRIVE
SEAFORD, DEL. 19973

Plaintiff,

v.

SEAFORD SCHOOL DISTRICT
500 NORTH DUAL HWY
SEAFORD DEL. 19973

Defendant.

C.A. No. 06C-06-001-THG

Summons

THE STATE OF DELAWARE,

TO THE SHERIFF OF SUSSEX COUNTY:

YOU ARE COMMANDED:

To summons the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon _____ FRANK DISMORE _____ plaintiff's attorney, whose address is __1 CROSSGATE DR, SEAFORD, DE 19973__, an answer to the complaint, (and, if an affidavit of demand has been filed, an affidavit of defense.)

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand, if any has been filed by plaintiff.

Dated 6/21/06

Per: _Joyce M. Collins_ Prothonotary.

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney, named above, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

_Joyce M. Collins_

Per: _____ Prothonotary.
Clerk



In the Superior Court of the State of Delaware
In and for Sussex county

06C-06-001 THG

Frank Dismore
1 Crossgate Drive
Seaford, Del. 19973

V.

Seaford School District
500 North Dual Hwy
Seaford, Del. 19973

I am a resident of the state of Delaware
I am mentally challenged
I was terminated from my job as a school district as a bus driver
My termination was based on my mental disability
My parents informed the district of my disability in 1962 in writing
No charges were ever filed by the district against me.
Two incidents led to my termination
First was offering condoms to students
The second was text messaging a student
Retaliatory threats were made against me through third parties
I filed with the U.S. Equal Employment Opportunity Commission (EEOC)
The EEOC was not able to find a decision and provided me with the right to sue
I am exercising that right
It is one thing to be ignorant of something; it is a whole new ballgame when your disability prevents you from understanding it in the first place.
The Americans with disabilities act (ADA) prevents discrimination and harassment in the workplace, both or which I have experienced through the Seaford School District.
The ADA specifies "major" life problems. Mine qualifies as major since no one in the world can tell me what I am missing. There is no way for me or anyone else to say it is not a major problem.
Both the Seaford school District and some attorneys I have attempted to contact me have implied that I am a pedophile. Those accusations' forced me to quit a job afterwards because of unexpected mood swings that made cry hysiricty without real reason

SUSSEX CO.
PROTHONOTARY

06 JUN -1 PM 1:34

FILED

## SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: N  K  (S)       CIVIL ACTION NUMBER: 06C-06-001 THG

Civil Case Code _____    Civil Case Type _____
(SEE REVERSE SIDE FOR CODE AND TYPE)

| Caption: | Name and Status of Party filing document: |
|---|---|
| WRONGFUL TERMINATION<br><br>E.E.O.C. AGGRADES<br><br>RETATORY THREATS THROUGH<br><br>THIRD PARTES<br><br>NO CHARGES FILED<br><br>MENTALLY CHALLENGE | FRANK DISMORE<br><br>Document Type: (E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM)<br><br>_____<br><br>Non-Arbitration ___    eFile ___<br>(CERTIFICATE OF VALUE MAY BE REQUIRED)<br><br>Arbitration ___ Mediation ___ Neutral Assessment ___<br>DEFENDANT (CIRCLE ONE)   ACCEPT   REJECT<br>JURY DEMAND   YES ___   NO ___<br>TRACK ASSIGNMENT REQUESTED (CIRCLE ONE)<br>**EXPEDITED    STANDARD    COMPLEX** |
| ATTORNEY NAME(S):<br><br>ATTORNEY ID(S):<br><br>FIRM NAME:<br><br>ADDRESS:<br><br>TELEPHONE NUMBER:<br><br>FAX NUMBER:<br><br>E-MAIL ADDRESS: | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS<br><br><br>EXPLAIN THE RELATIONSHIP(S):<br><br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br><br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

Revised 9/2003

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK DISMORE, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| | ) |
| v. | ) |
| | ) |
| SEAFORD SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Jennifer M. Becnel-Guzzo, hereby certify that on July 19, 2006, I served the **Notice of Filing of Notice of Removal of a Civil Action, Notice of Removal of a Civil Action and Exhibit A** on the following:

VIA FEDERAL EXPRESS:

Frank Dismore
1 Crossgate Drive
Seaford, DE 19973

BUCHANAN INGERSOLL & ROONEY, P.C.

*/s/ Jennifer M. Becnel-Guzzo*
Jennifer M. Becnel-Guzzo, Esquire (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
jennifer.becnelguzzo@bipc.com

06-437

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Frank Dismore

(b) County of Residence of First Listed Plaintiff    Sussex
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
pro se

## DEFENDANTS
Seaford School District

County of Residence of First Listed Defendant    Sussex
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Jennifer M. Becnel-Guzzo, Buchanan Ingersoll & Rooney, POB 1397, Wilmington, DE 19899

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☒ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. §12101, et seq. (the "ADA")
Brief description of cause:
Plaintiff alleges discrimination and harassment - in violation of the ADA

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE                    DOCKET NUMBER

DATE 7/19/06
SIGNATURE OF ATTORNEY OF RECORD
Jennifer M Becnel-Guzzo

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 06-437

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____1____ COPIES OF AO FORM 85.

JUL 1 9 2006
(Date forms issued)

(Signature of Party or their Representative)

David Campbell
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action