**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| CHAMBERS OF<br>SUE L. ROBINSON<br>CHIEF JUDGE | LOCKBOX 31<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801 |

August 1, 2006

Mr. Frank Dismore
1 Crossgate Drive
Seaford, DE 19973

Jennifer M. Becnel-Guzzo, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

    Re: Dismore v. Seaford School District;
      <u>Civ. No. 06-437-SLR</u>

Dear Mr. Dismore and Ms. Becnel-Guzzo:

  Enclosed for your review is a proposed scheduling order pursuant to Fed. R. Civ. P. 16(A) and D. Del. LR 16.2. On or before **September 1, 2006**, please inform the court, by letter copied to the opposing party, whether you object to any portion of the proposed order and why. Unless further ordered by the court, a scheduling conference will not be necessary.

              Cordially,

              SUE L. ROBINSON

SLR/rd

Enclosure

cc: Peter Dalleo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK DISMORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-437-SLR |
| | ) |
| SEAFORD SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this       day of September, 2006, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **October 2, 2006**.

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **December 1, 2006**.

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions.** All summary judgment motions and an opening brief and affidavits, if any, in support

of the motion, shall be served and filed on or before **January 3, 2007**. Answering briefs and affidavits, if any, shall be filed on or before **February 5, 2007**. Reply briefs shall be filed on or before **February 19, 2007**.

_____
United States District Judge