IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK DISMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-437 (SLR) |
| | ) | |
| SEAFORD SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

### INITIAL DISCLOSURES OF SEAFORD SCHOOL DISTRICT

Defendant Seaford School District ("Seaford" or "Defendant"), by and through its undersigned counsel, submits the following Initial Disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure. The information set forth below reflects Seaford's best present knowledge, based on its review and investigation to date. This review and investigation is continuing, and Seaford reserves the right to amend and/or supplement these disclosures as may be necessary or appropriate in the future as the discovery of additional information may warrant.

**I.     Persons likely to have discoverable information.**

In response to the averments made by Plaintiffs in their Complaint and in relation to Seaford's defenses thereto, the following persons may have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

> Ms. Bonnie Johnson
> Seaford School District
> c/o Buchanan Ingersoll & Rooney, P.C.
> The Brandywine Building
> 1000 West Street, Suite 1410
> Wilmington, DE 19801

Ms. Johnson is the Director of Human Resource Development and Public Information for Seaford. Ms. Johnson has knowledge regarding Seaford's non-discrimination policies and school and state rules and regulations applicable to bus contractors and bus drivers.

Dr. Mellie Kinnamon
Seaford School District
c/o Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Dr. Kinnamon was the Director of Human Resource Development and Public Information for Seaford. Dr. Kinnamon has knowledge regarding Seaford's non-discrimination policies and school and state rules and regulations applicable to bus contractors and bus drivers.

Mr. Lawrence Saltarelli
Seaford School District
c/o Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Mr. Saltarelli was the transportation supervisor for Seaford School District until his retirement in July 2006. He has information regarding the contract between Seaford and the bus company and Plaintiff's inappropriate behavior while driving a school bus in Seaford.

Ms. Susan Messick
Seaford School District
c/o Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Ms. Messick is currently employed by Seaford and was Mr. Saltarelli's secretary in or around May 2005. She had a conversation with Plaintiff in or around May 2005 regarding Plaintiff's inappropriate behavior. In addition, Ms. Messick has general knowledge of Plaintiff's inappropriate behavior while driving a school bus in Seaford.

Ms. Kimberly Simmons
Seaford School District
c/o Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Ms. Simmons was the associate principal at Seaford Middle School on September 30, 2005, when she had a conversation with a student regarding Plaintiff's inappropriate behavior.

Ms. Kay Chaffinch
Seaford School District
c/o Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Ms. Chaffinch is employed by Seaford as a school nurse. She has information regarding Plaintiff's inappropriate behavior with Seaford students.

Ms. Blanche Gundry
4610 Woodland Church Road
Seaford, DE 19973

Ms. Gundry is the owner of the bus company for which Plaintiff worked. Ms. Gundry has information regarding Plaintiff's inappropriate behavior while driving a school bus in Seaford and the non-discriminatory reasons for Plaintiff's termination.

Mr. John Gundry
4610 Woodland Church Road
Seaford, DE 19973

Mr. Gundry was one of Plaintiff's employers. Mr. Gundry may have information regarding Plaintiff's inappropriate behavior while driving a school bus in Seaford and the non-discriminatory reasons for Plaintiff's termination.

In addition, several students, including students to whom Plaintiff offered condoms and text messaged, may have information regarding Plaintiff's inappropriate conduct while driving

the school bus. Should it become necessary, these individuals may be reached through counsel for Seaford.

Seaford reserves the right to supplement or amend its responses before trial based upon its continuing investigation, if appropriate, and the course of discovery.

II. **A general description, including location, of all documents, data, compilations, and tangible things in the possession, custody or control of that party that are likely to bear significantly on the claims and defenses.**

The following categories of documents, which are in the possession of Seaford or its counsel, are reasonably likely to bear significantly on the claims and defenses:

    (a) Relevant documents to and from the U.S. EEOC regarding Frank Dismore's complaint of discrimination; and

    (b) Other documents relating to Mr. Dismore's interactions with Seaford School District and its students.

Seaford reserves the right to supplement or amend its responses before trial based upon its continuing investigation, if appropriate, and the course of discovery.

III. **Calculation of damages.**

Not applicable.

IV. **Any insurance agreement under which any person or entity carrying on an insurance business may be liable to satisfy part or all of the judgment that may be entered in the action.**

Based on the facts and claims alleged in the complaint, there are no applicable insurance agreements.

V.  **Disclosure of any person who may be used at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence.**

Seaford has not yet retained or identified any experts.

BUCHANAN INGERSOLL & ROONEY, P.C.

*/s/ Jennifer M. Becnel-Guzzo*
Jennifer M. Becnel-Guzzo, Esquire (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
jennifer.becnelguzzo@bipc.com

*Attorneys for Seaford School District*

Date: August 16, 2006

WLM#67196

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK DISMORE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : NO. 06-437 (SLR) |
| | : |
| SEAFORD SCHOOL DISTRICT, | : |
| | : |
| Defendant. | : |

### NOTICE OF SERVICE

I, Jennifer M. Becnel-Guzzo, Esquire, hereby certify that on August 16, 2006, a true and correct copy of the **Initial Disclosures of Seaford School District** was served via U.S. Mail upon the following:

>Frank Dismore
>1 Crossgate Drive
>Seaford, DE 19947

>BUCHANAN INGERSOLL & ROONEY PC

>BY: /s/ Jennifer M. Becnel-Guzzo
>Jennifer M. Becnel-Guzzo (#4492)
>The Brandywine Building
>1000 West Street, Suite 1410
>Wilmington, DE 19801
>(302) 552-4200
>jennifer.becnelguzzo@bipc.com
>*Attorneys for Defendant*

August 16, 2006

WLM#67144