IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK DISMORE, | ) |
|            Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-437-SLR |
| SEAFORD SCHOOL DISTRICT, | ) ) ) |
|            Defendant. | ) |

**O R D E R**

At Wilmington this 26th day of September, 2006, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings.** All motions to join other parties and amend the pleadings shall be filed on or before **October 2, 2006**.

2. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **December 1, 2006**.

3. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

4. **Summary Judgment Motions.** All summary judgment motions and an opening brief and affidavits, if any, in support

of the motion, shall be served and filed on or before **January 3, 2007.** Answering briefs and affidavits, if any, shall be filed on or before **February 5, 2007.** Reply briefs shall be filed on or before **February 19, 2007.**

                                                                   */s/*
                                      United States District Judge