AO 441 (Rev. 8/01) Third-Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

| | |
|---|---|
| FRANK DISMORE,<br>Plaintiff,<br>v.<br><br>SEAFORD SCHOOL DISTRICT,<br>    Defendant/Third Party Plaintiff<br>v.<br>BLANCHE GUNDRY and JOHN GUNDRY,<br><br>    Third Party Defendants. | **THIRD PARTY SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: 06-437 (SLR) |

TO:   (Name and address of Third Party Defendant)

    BLANCHE GUNDRY
    4610 Woodland Church Road
    Seaford, Delaware, 19973

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Frank Dismore<br>1 Crossgate Drive<br>Seaford, DE. 19947 | Jennifer Becnel-Guzzo, Esquire (#4492)<br>Buchanan Ingersoll & Rooney<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 |

an answer to the third-party complaint which is served on you with this summons, within **thirty (30)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of the plaintiff as well as the claim of the third-party plaintiff. Any answer that you serve on parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| PETER T. DALLEO | SEP 2 9 2006 |
|---|---|
| CLERK | DATE |
| *Evette Watson* (signature) | |
| (By) DEPUTY CLERK | |

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>10/02/06 |
| NAME OF SERVER (PPJNT)<br>GRANVILLE MORRIS | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: SERVED: BLANCHE GUNDRY ACCEPTED BY JOHN GUNDRY AT 4610 WOODLAND CHURCH RD. SEAFORD, DELAWARE

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/02/06
             Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.