**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FRANK DISMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SEAFORD SCHOOL DISTRICT, | ) | |
| | ) | No. 06-437 (SLR) |
| Defendant, | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BLANCHE GUNDRY and JOHN GUNDRY, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**SEAFORD SCHOOL DISTRICT'S RESPONSES TO
PLAINTIFF'S DOCUMENT REQUESTS**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure (the "Rules"), Seaford School District ("Seaford"), by and through its undersigned counsel, hereby responds to Plaintiff's Request for Production of Documents as follows:

**GENERAL OBJECTIONS**

1.      Seaford objects to these document requests to the extent that they seek documents which are protected from discovery by the attorney-client privilege, the work product doctrine or any other applicable privilege, as such disclosure is not required by the applicable Rules and would be contrary to public policy.

2.      Seaford objects to these document requests to the extent that they seek documents not required to be provided under the Rules.

3.      Seaford objects to these document requests to the extent that they seek documents protected by the self-critical analysis privilege or any comparable privilege or policy protecting internal investigations.

4.      Seaford objects to these document requests to the extent that the requests conflict with, contravene or contradict any federal or Delaware statute, ordinance, or code section.

5.      Seaford objects to these document requests to the extent that the requests seek documents or files regarding individuals other than Seaford on the ground that such requests constitute an invasion of privacy of the individuals.

6.      To the extent that Seaford objects to particular document requests on the basis of specific objections, Seaford hereby states that it does not thereby waive its general objections to all of the document requests.  To the extent that Seaford objects herein to a particular document request, but proceeds to answer said request in whole or in part, Seaford hereby states that it does not thereby waive any objection to the document request in question.

7.      To the extent that these document requests specify a time period which is excessive in light of the issues raised by Plaintiff's Complaint, Seaford objects to each such document request on the ground that it is overbroad and seeks information which is not relevant to any issue properly before the Court nor reasonably calculated to lead to the discovery of admissible evidence.

## RESPONSES

1.      Mr. Lawrence Saltarelli, Seaford School District.  I would like all his files to date about Frank Dismore including a transcript of the telephone call he had with the Gundrys over the 2005 Christmas break about my employment opportunities within the Seaford School District.

**RESPONSE: Seaford objects to this request to the extent it seeks documents which are protected by the work product doctrine.  A privilege log with respect to privileged documents is being produced.  By way of further response, Seaford is producing a copy of**

the file maintained by Seaford's transportation department regarding Mr. Dismore (the "Transportation File"). Any student names contained in these documents have been redacted. Seaford is not aware of a transcript of any telephone conversations between Mr. Saltarelli and the Gundrys.

    2.    Susan Messick, Seaford School District. I would like all of her files.

**RESPONSE:** Seaford objects to this request as overly broad, unduly burdensome and as not reasonably calculated to lead to the discovery of admissible evidence. By way of further response, Seaford is producing a copy the Transportation File, which is the only file maintained with respect to Mr. Dismore.

                        BUCHANAN INGERSOLL & ROONEY PC

Jennifer M. Becnel-Guzzo, Esquire (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
jennifer.becnelguzzo@bipc.com
*Attorneys for Defendant Seaford School District*

October 16, 2006

**Transportation Office**
**390 N. Market Street Ext.**
**Seaford, DE  19973**
**(302) 629-4587  Ext 210/211**


**DATE:**     October 18, 2005

**TO:**       Frank Dismore File

**FROM:**     L. J. Saltarelli, Transportation Supervisor

**RE:**       Termination


On September 30, 2005, Frank Dismore was terminated as a bus driver for the Seaford School District by Larry Saltarelli for misconduct.


S001



**State of Delaware**
The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware: [          ] 🔍   Citizen Services | Business Services | Visitor Info.

**Delaware's Administrative Code**

HOME
Delaware's
Governor
The General
Assembly
Courts

SERVICES
Division of
Research
Subscription
Services Monthly
Regulatory
Subscription
Service
Legislation
Notification
Services

INFORMATION
Online Delaware
Code

PAGE | INDEX

## Title 14 Education
## 1100 Transportation

### 1105 School Transportation

#### 1.0 Responsibilities of Local Superintendents: ✓

Local District Superintendents or their designees shall assume the following responsibilities concerning the transportation of students:

1.1 Implement state school transportation regulations. Local school disciplinary policies shall include pupil behavior and discipline on the school bus.

1.2 Define and coordinate changes to school transportation operations impacting local district budget allocations with the Department of Education.

1.3 Provide resource material and encourage teachers to include instruction in passenger safety in the school curriculum.

1.4 Provide for close and continuous supervision of the unloading and loading zones on or near the school plant, and of the emergency drills.

1.5 Provide supervision for those students whose bus schedules require them to arrive at school before classes begin and remain after classes terminate.

S002

1.6 Promote public understanding of, and support for, the district's school transportation program.

1.7 Assume prime responsibility for student conduct.

#### 2.0 Conditions for School Bus Contractors:

School Bus Contractors shall agree to the following conditions in their contracts:

2.1 Follow all applicable federal, state, and local school bus regulations and policies.

2.2 Communicate effectively with the district transportation supervisor.

2.3 Dismiss a school bus driver when it can be shown that the driver is not satisfactorily performing driver tasks. District transportation supervisors may restrict a driver from operating in their school district.

2.4 Pay drivers and aides and provide substitute drivers and aides.

### 3.0 Responsibilities of School Bus Drivers:

Local school districts shall have a policy concerning the responsibilities of school bus drivers which, at a minimum, includes the following:

3.1 A statement that the school bus driver is in full charge of the bus and pupils, has the authority of a classroom teacher and is responsible for the health, safety, and welfare of each passenger.

3.2 Statements listing the following specific responsibilities of the bus driver:

3.2.1 Operate the school bus in a safe and efficient manner.

3.2.2 Conduct pre-trip and post-trip checks on the vehicle.

3.2.3 Establish and maintain rapport with passengers.

3.2.4 Maintain discipline among passengers.

3.2.5 Meet emergency situations effectively.

3.2.6 Communicate effectively with district and school staff.

3.2.7 Maintain effective contact with the public.

3.2.8 Complete reports as required by the state or school district.

3.2.9 Complete required training programs satisfactorily.

3.2.10 Refrain from using profane or indecent language or tobacco while on duty.

S003    3.2.11 Dress appropriately.

3.2.12 Pickup and drop-off students at designated stops.

3.2.13 Submit to periodic random drug and alcohol testing and be subject to actions specified in the Delaware Code and in federal requirements.

3.2.14 Report suspected cases of child abuse to the school principal or designated official.

3.2.15 Notify the district transportation supervisor of any school bus accident.

3.3 A statement requiring a report of a physical examination on forms designated by the Department of Education.

HOME ⌂ | TOC ▦ | COMMENT ✎

**DEPARTMENT OF EDUCATION**

14 **DE Admin. Code** 1105

Statutory Authority: 14 Delaware Code,

Section 122(d) (14 **Del.C.** §122(d))

**PUBLIC NOTICE**

**Education Impact Analysis Pursuant To 14 Del.C. Section 122(d)**

1105 School Transportation                                    S004

**A. Type of Regulatory Action Required**

Amendment to Existing Regulation

**B. Synopsis of Subject Matter of the Regulation**

The Secretary of Education seeks the consent of the State Board of Education to amend 14 **DE Admin. Code** 1105. The amendments are necessary in order to clarify the reimbursement procedure for school bus ownership and contracts concerning payment dates in section 13.2.1 and for fuel adjustments in section 13.7. The reference to parents in 4.2.11, 6.1, 6.4, 8.6, 11.1.1, 11.1.1.1, 11.2.1, 15.1, 19.7 and 19.9 is also amended to parents, guardians and Relative Caregivers.

**C. Impact Criteria**

1. Will the amended regulation help improve student achievement as measured against state achievement standards? The amended regulation addresses payment procedures and fuel adjustments for school bus owners and contractors not student achievement.

2. Will the amended regulation help ensure that all students receive an equitable education? The amended regulation addresses payment procedures and fuel adjustments for school bus owners and contractors not equitable education issues.

3. Will the amended regulation help to ensure that all students' health and safety are adequately protected? The amended regulation addresses payment procedures and fuel adjustments for school bus owners and contractors not health and safety issues.

4. Will the amended regulation help to ensure that all students' legal rights are respected? The amended regulation addresses payment procedures and fuel adjustments for school bus owners and contractors not students' legal rights.

5. Will the amended regulation preserve the necessary authority and flexibility of decision making at the local board and school level? The amended regulation will preserve the necessary authority and flexibility of decision making at the local board and school level.

6. Will the amended regulation place unnecessary reporting or administrative requirements or mandates upon decision makers at the local board and school levels? The amended regulation will not place unnecessary reporting or administrative requirements or mandates upon decision makers at the local board and school levels.

7. Will the decision making authority and accountability for addressing the subject to be regulated be placed in the same entity? The decision making authority and accountability for addressing the subject to be regulated will remain in the

same entity.

8. Will the amended regulation be consistent with and not an impediment to the implementation of other state educational policies, in particular to state educational policies addressing achievement in the core academic subjects of mathematics, science, language arts and social studies? The amended regulation will be consistent with and not an impediment to the implementation of other state educational policies, in particular to state educational policies addressing achievement in the core academic subjects of mathematics, science, language arts and social studies.

9. Is there a less burdensome method for addressing the purpose of the regulation? There is no less burdensome method for addressing the purpose of the regulation?

10. What is the cost to the State and to the local school boards of compliance with the regulation? There is the no additional cost to the State and to the local school boards of compliance with the regulation.

**1105 School Transportation**

**1.0 Responsibilities of Local Superintendents:**

Local District Superintendents or their designees shall assume the following responsibilities concerning the transportation of students:

1.1 Implement state school transportation regulations. Local school disciplinary policies shall include pupil behavior and discipline on the school bus.

1.2 Define and coordinate changes to school transportation operations impacting local district budget allocations with the Department of Education.

1.3 Provide resource material and encourage teachers to include instruction in passenger safety in the school curriculum.

1.4 Provide for close and continuous supervision of the unloading and loading zones on or near the school plant, and of the emergency drills.

1.5 Provide supervision for those students whose bus schedules require them to arrive at school before classes begin and remain after classes terminate.

1.6 Promote public understanding of, and support for the district's school transportation program.

1.7 Assume prime responsibility for student conduct.

**2.0 Conditions for School Bus Contractors:**

School Bus Contractors shall agree to the following conditions in their contracts:

2.1 Follow all applicable federal, state, and local school bus regulations and policies.

2.2 Communicate effectively with the district transportation supervisor.

2.3 Dismiss a school bus driver when it can be shown that the driver is not satisfactorily performing driver tasks. District transportation supervisors may restrict a driver from operating in their school district.

2.4 Pay drivers and aides and provide substitute drivers and aides.                    S005

**3.0 Responsibilities of School Bus Drivers:**

Local school districts shall have a policy concerning the responsibilities of school bus drivers which, at a minimum, includes the following:

3.1 A statement that the school bus driver is in full charge of the bus and pupils, has the authority of a classroom teacher and is responsible for the health, safety, and welfare of each passenger.

3.2 Statements listing the following specific responsibilities of the bus driver:

3.2.1 Operate the school bus in a safe and efficient manner.

3.2.2 Conduct pre-trip and post-trip checks on the vehicle.

3.2.3 Establish and maintain rapport with passengers.

3.2.4 Maintain discipline among passengers.

3.2.5 Meet emergency situations effectively.

3.2.6 Communicate effectively with district and school staff.

3.2.7 Maintain effective contact with the public.

3.2.8 Complete reports as required by the state or school district.

3.2.9 Complete required training programs satisfactorily.

3.2.10 Refrain from using profane or indecent language or tobacco while on duty.

3.2.11 Dress appropriately.

3.2.12 Pickup and drop-off students at designated stops.

3.2.13 Submit to periodic random drug and alcohol testing and be subject to actions specified in the Delaware Code and in federal requirements.

3.2.14 Report suspected cases of child abuse to the school principal or designated official.

3.2.15 Notify the district transportation supervisor of any school bus accident.

3.3 A statement requiring a report of a physical examination on forms designated by the Department of Education.

**4.0 Qualifications and Responsibilities of School Bus Aides**

4.1 Qualifications for School Bus Aides include the following and shall apply to all new applicants and for any person whose employment as an aide has lapsed for a period of over one year.

4.1.1 Be at least 18 years of age.

4.1.2 Be fingerprinted to allow a criminal history check at both state and federal level and meet the same requirements (pre-licensing) specified for school bus drivers in the **Delaware Code.**

4.1.3 File with the district transportation supervisor a notarized affidavit (the same as the school bus driver affidavit) attesting to acceptable criminal history pending an official state and federal criminal record report.

4.1.4 Submit to the federal drug and alcohol testing procedures established for school bus drivers.

4.2 Local school districts shall have a policy concerning school bus aides which, at a minimum, lists the following responsibilities:

4.2.1 Assist in loading and unloading of students, including lift operation.

S006

4.2.2 Ensure that students and equipment are properly strapped in seats. Adjust, fasten, and release restraint devices for students and equipment, as required. Monitor overall safety of students and equipment.

4.2.3 Ensure that all students remain seated at all times.

4.2.4 Assist the driver during unusual traffic conditions; act as a lookout if necessary when bus must be backed.

4.2.5 Assist the driver in the enforcement of all state and school district bus safety regulations.

4.2.6 Perform record keeping tasks related to student attendance and bus assignment.

4.2.7 Monitor and report student misbehavior according to established procedure.                    S007

4.2.8 Assist the driver in keeping the interior of the bus clean.

4.2.9 Assist students with disabilities with personal needs associated with their disabilities.

4.2.10 Assist in bus evacuation drills.

4.2.11 Work cooperatively with all school personnel and parents, guardians and Relative Caregivers.

4.2.12 Perform other duties as assigned by the district transportation supervisor or designee.

**6 DE Reg. 643 (11/1/02)**

**5.0 Student Conduct on School Buses:**

School Districts shall have a policy concerning the behavior of students on school buses that shall, at a minimum, contain the following rules which if not followed may result in the suspension of bus riding privileges.

5.1 Obey the driver promptly, and be courteous to the driver and to fellow students. Students are to conduct themselves while on the bus in such a way that it will not distract the driver from the job of driving.

5.2 Be at their bus stop on time for pickup.

5.3 Wait for the bus on the sidewalk or shoulder, not the roadway.

5.4 Keep a safe distance from the bus while it is in motion.

5.5 Enter the bus without crowding or disturbing others and occupy their seats immediately.

5.6 Get on or off the bus only when it is stopped.

5.7 Remain seated and facing forward. No student shall occupy a position in the driver area in front of a stanchion, barrier, or white floor line that may distract the driver's attention or interfere with the driver's vision.

5.8 Stay out of the driver's seat. Also, unnecessary conversation with the driver is prohibited while the bus is in motion.

5.9 Follow highway safety practices in accordance with the Motor Vehicle Laws of the State of Delaware and walk on the side of the road facing traffic when going to or from the bus or bus stop along the highway. Before crossing the road to board the bus or after being discharged from the bus cross only upon an audible clearance signal from the driver.

5.10 Do not cross the road until it is clear of all traffic or that traffic has come to a complete stop and then walk in front of the bus far enough to be seen by the driver at all times.

5.11 Observe classroom conduct when on the bus.

5.12 Do not call out to passers-by or open the bus windows without permission from the driver, nor extend head or arms out of the windows.

5.13 Do not leave the bus without the driver's consent, except on arrival at their regular bus stop or at school.

5.14 Keep the bus clean, sanitary, and orderly and not damage or abuse the equipment.

5.15 Do not smoke, use profanity or eat or drink on the bus.                    S008

5.16 Do not throw articles of any kind in, out, or around the bus.

5.17 Other forms of misconduct that will not be tolerated are acts such as, but not limited to, indecent exposure, obscene gestures, spitting, and others that may be addressed in the school code of conduct.

## 6.0 Procedures for Operating Buses:

Each school district shall adopt the following procedures for the operation of their school buses:

6.1 No person other than a pupil, teacher, school official, aide or substitute driver shall be permitted to ride on a school bus while transporting pupils. Exceptions may be made for parents, guardians and Relative Caregivers involved in Department of Education educational programs that provide for transportation and others approved by the district transportation supervisor.

6.2 The driver shall maintain a schedule in the bus and shall at all times adhere to it. Drivers shall not be required to wait for pupils unless they can be seen making an effort to reach the bus stop.

6.3 The driver shall maintain discipline on the bus, and shall report cases of disobedience or misconduct to the proper school officials. No pupils may be discharged from the bus for disciplinary reasons except at the home or school. The principal or designated school official shall be notified of such action immediately. Any change to the action taken by the driver or any further disciplinary action to be taken is the responsibility of the principal or designated school official.

6.4 Pupils shall have definite places to get on and leave the bus, and should not be allowed to leave the bus at any place other than the regular stop without written permission from their parents, guardians or Relative Caregiver and approval by the principal or designated school official, except in cases of emergency. Districts may adopt a more restrictive policy.

6.5 Buses shall be brought to a full stop before pupils are allowed to get on or off. Pupils are not permitted to ride outside or in any hazardous location in the bus including the area ahead of the stanchions, barriers, or white floor line designating the driver-area.

6.6 Buses shall not stop near the crest of hills, on curves, or on upgrades or downgrades of severe inclination. When stopped for the purpose of receiving or discharging pupils, the bus shall always be stopped on the right side of the road and as far off the paved or main traveled portion of the highway as the condition of the shoulder permits.

6.7 Pupils who must cross the road to board the bus or after leaving the bus shall cross at a distance in front of the bus and beyond the crossing control arms so as to be clearly seen by the driver and only upon an audible clearance by the driver. The driver shall attempt to signal pupils to cross by instructions through the external speaker of the public address system.

6.8 All loading and unloading of pupils shall be made from the service door. The rear exit door is not to be used except in cases of emergency or emergency drills. No object shall be placed in the bus that restricts the passage to the emergency door or other exits.

6.9 No one but the driver shall occupy the driver's seat. Pupils shall remain behind the white floor line.

6.10 Seats may be assigned to pupils by the driver, subject to the approval of a school official.

6.11 The doors of the bus shall be kept closed while the bus is in motion, and pupils shall not put their head or arms out of open windows.

6.12 When the bus is stopped on school grounds, students are aboard, and the motor is running, the transmission shall be in neutral (clutch disengaged) and the parking brake set. While on school grounds, drivers shall not leave their seat while the motor is running or leave the key in the ignition switch.

6.13 Fuel tanks shall not be filled while the engine is running or while pupils are in the bus.

S009

6.14 Weapons of any kind are not permitted on a school bus.

6.15 Animals are not permitted on school buses; however, a service animal is permitted if a physician certifies that it is required.

6.16 A school bus shall not be used for hauling anything that would make it objectionable for school use or unsafe for passengers.

6.17 Band instruments, shop projects and other school projects shall not be permitted on the bus if they interfere with the driver or other passengers. The aisle, exits, and driver's vision shall not be blocked.

6.18 Bus stops on roadways with three or more lanes (with oncoming traffic) must be made on the right side of the road. Students shall not be required to cross more than two lanes of traffic when entering or leaving the bus.

6.19 Headlights or daytime running lights shall be on at all times when the bus is in motion.

6.20 On the bus route every effort should be made to load children before turn- arounds are made and unload them after the turn-around is made.

6.21 Backing of school buses is prohibited, except in unusual circumstances:

6.21.1 A school bus shall not be driven backwards on school grounds unless an adult is posted to guard the rear of the bus.

6.21.2 When backing is unavoidable extreme caution must be exercised by the bus operator and an outside observer should be used if possible.

**3 DE Reg. 942 (1/1/00)**

**7.0 Accident Reports**

All drivers or contractors shall complete accident reports and submit them to the district person in charge of transportation in order to assure accurate information pertaining to school bus accidents.

7.1 The following information shall be included on all school bus accident reports and be maintained in the district transportation files:

7.1.1 A description, preferably using diagrams, of the damage to each vehicle in addition to estimates of damage costs.

7.1.2 A description of all personal injuries.

7.1.3 A list of passengers and witnesses.

7.1.4 Name, address and telephone number of the driver.

7.1.5 Follow-up information, such as the actual cost of repairs, should be added to the accident report wherever it is filed; i.e., in federal, state or local offices, so that the record of the accident is completed. Other pertinent information relating to the accident that should be added later, if the information is readily available, includes:

  • Disposition of any litigation.

  • Disposition of any summonses.

• Net effects of all personal injuries sustained, including medical care given, physician's fees, hospital expenses, etc.

• Amount of property damage other than to vehicles involved.

• Any corrective actions taken against the school bus driver, e.g., training, suspension, or dismissal.

• A summation of the driver's total accident record so that each completed report form will contain a listing of the total number of accidents that the driver has had.

**3 DE Reg. 942 (1/1/00)**

S0010

**8.0 Transportation Benefits:**

Transportation benefits shall be provided for pupils in grades K-6 whose legal residences are one (1) mile or more from the public schools to which they would normally be assigned by the district administrations and for pupils in grades 7-12 whose legal residences are two (2) miles or more from the public schools to which they would normally be assigned by the district administrations.

8.1 For the purpose of these regulations, the "legal residence" of the pupil is deemed to be the legal residence of the parent(s), legal guardian(s), or Relative Caregiver as described in 14 **Del.C.** §202(e)(3). Daycare facilities may be designated as a pupil's residence for pickup and drop off.

8.2 To determine pupil eligibility for transportation benefits, measurement shall be by the most direct route provided by a public road or public walkway. The measurement shall be from the nearest point where a private road or walkway connects the legal residence of the pupil with the nearest public entrance of the school building to which the pupil is normally assigned by the school district administration.

8.3 All school bus routes shall be measured from the first pick-up point to the respective schools served in the approved sequence, and then by the most direct route back to the first pick- up point.

8.4 Additional bus routes required after the opening of school shall be approved by the Department of Education and supported by evidence of need to include: enrollment number changes, descriptions of existing routes in the area of proposed additional service, the run times, and actual loads. A description of the proposed route shall also accompany the request.

8.5 Transportation for eligible pupils may be provided from locations other than their legal residence provided that:

8.5.1 Such pickup and discharge points as approved by the district administration are in excess of the relevant one and two mile limits from the school to be attended, and such transportation to be provided will be to the public school to which the pupil is assigned by the district administration.

8.5.2 Such transportation to be provided be on the same bus and/or route to and from the school attended by the pupil (i.e. each student is entitled to one seat on one bus) except that permission may be granted on a year-by-year basis by the district administration for eligible pupils to ride other buses if seats are available and does not create additional expense to the State.

8.5.3 The limitation pertaining to "same bus and route" indicated above is not applicable to pupils attending vocational-technical schools or kindergartens operating one-half day sessions.

8.6 A spur to a bus route (where a bus leaves a main route) shall not be scheduled unless the one-way distance is greater than ½ mile. Requests for exception due to a unique traffic hazard from a parent, guardian or Relative Caregiver must be in writing, approved by the local school board, and submitted through the Chairman of the Unique Hazard Committee for review.

8.7 Students otherwise ineligible to ride a bus may ride if a physician certifies that a student is unable or should not walk from home to school and return.

**8 DE Reg. 541 (10/1/04)**

**9.0 Bus Capacities:**

9.1 Bus capacities for children in grades K-6 shall be established by the manufacturer on the basis of 13 inches per child, and for Grades7-12 secondary pupils the capacity shall be established on the basis of 15 inches per child.

9.2 A mixture of the criteria will be used to plan loads when pupils come from both of the above groups.

9.3 Actual bus loads may not exceed this guidance. Standees shall not be permitted under normal circumstances; however, exceptions may be made in emergency situations on a temporary basis.

**10.0 Loading and Unloading:**

Each school shall have a loading and unloading dock or area, rather than load or discharge passengers onto the street. On school grounds all other traffic is prohibited in the loading and unloading area during school bus loading/unloading operations.

**11.0 Unique Hazards:**

Unique hazards are considered to be conditions or situations that expose the pedestrian to rare or uncommon traffic dangers. This definition is not intended to include hazards representative of situations which may exist throughout the State.

11.1 Procedures for handling Unique Hazards requests.

11.1.1 When the request for relief originates with parents, guardians or Relative Caregivers of pupils affected or vested officials, such as State and local police representatives, Safety Council representatives, and legislators, it shall be presented in writing to the local school authorities.

11.1.1.1 The local school administration shall make every effort to resolve problems identified by the parents, guardians and Relative Caregivers vested officials, or by the local district staff.

11.1.1.2 If the problem cannot be resolved by the local school administration, the request shall be forwarded to the local board of education for appropriate action. If the local board of education has explored all of the local alternatives to resolve the problem without success, a request by board action shall be made to the Chairman of the Unique Hazards Committee (Education Associate for School Transportation).

11.2 The request to the Unique Hazards Committee must include:

11.2.1 The original request from the parents, guardians or Relative Caregivers, vested officials, or the district staff.

11.2.2 A statement of the specific hazard and area involved including maps showing the specific location, points of concern and schools attended.

11.2.3 Number and grades of children involved.

11.2.4 School schedule and the time children would normally be walking to and from school in the area of concern.

11.2.5 List any actions to resolve the problem taken by the local school administration.

11.2.6 List any actions to resolve the problem taken by the local board of education.

11.2.7 List any actions to resolve the problem taken by the town, the city or county.

11.3 The Unique Hazards Committee will process the request and report its findings and recommendations to the Department of Education for their consideration and action. A copy of the report will also be forwarded to the local board of education involved.

11.4 The Unique Hazards Committee consists of representatives from the Department of Transportation; the New

Case 1:06-cv-00437-SLR    Document 12-2    Filed 10/16/2006    Page 12 of 37

Castle County Crossing Guard Division; Delaware Safety Council; Traffic Control Section, the Delaware State Police; and the Department of Education Education Associate for School Transportation (Chairman).

### 11.5 Unique Hazards Committee Recommendations Appeal Process

11.5.1 Appeals to the Unique Hazards Committee recommendations approved by the State Department of Education must be in writing and from the local board of education.

11.5.2 The local school board shall, before making an appeal, make every effort to resolve the problem. If, in the opinion of the local board of education, reconsideration is needed by the Unique Hazards Committee, the appeal, along with pertinent information, should be forwarded to the Chairman of the Unique Hazards Committee.

11.5.3 The Unique Hazards Committee will submit to the State Department of Education its recommendations regarding the appeal for reconsideration by the local board of education. A copy of the report will also be forwarded to the local board of education involved.

### 12.0 Contingency Plans:

12.1 Each school district shall have contingency plans for inclement weather, accidents, bomb threats, hostages, civil emergencies, natural disasters, and facility failures (environmental/water, etc.). These plans shall be developed in cooperation with all those whose services would be required in the event of various types of emergencies.

12.2 The school transportation supervisor, school administrators, teachers, drivers, maintenance and service personnel, students, and others shall be instructed in the procedure to be followed in the event of the contingencies provided for in the plans.

### 13.0 Reimbursements for School Bus Ownership and or Contracts:

S012

School buses may be either state owned/district operated or contracted.

13.1 Reimbursements for buses operated by the district shall be on the basis of the formula for district operated buses unless otherwise approved by the Department of Education.

13.1.1 Drivers employed by the district shall be paid on the regular payroll of the district. When drivers are employed in a dual capacity there shall be strict accounting for salary division.

13.2 Reimbursement for buses operated on contract shall be on the basis of the approved formula or of a bid if the amount should be less.

13.2.1 Contractors shall be paid regularly at the end of the month. The total contract shall be paid in ten (10) installments, with the first payment at the end of September or twenty (20) installments with the first payment on or about September 15th. For those school districts opening before September 1 and making ten (10) installments, payments may be made as early as thirty (30) days following the start of the school year with follow-up monthly payments to be made no earlier than the date used for the first payment. For those school districts opening before September 1st and making twenty (20) payments, payments may be made as early as fifteen (15) days following the start of the school year with follow up monthly payments to be made no earlier than the dates used for the first two payments.

13.3 Any transportation costs caused by grade reorganizations and/or pupil re- assignments during the school term after October 1, other than the occupancy of a new school building, shall be at the expense of the local school district unless approved by the Department of Education.

13.4 Bills unpaid from Transportation funding lines that have not been encumbered as of June 30, shall be the responsibility of the local school district.

13.5 Reimbursement to the local school district for contracts or for district- owned or leased buses shall be made on the basis of a Department of Education formula approved by the State Board of Education. This formula shall take into consideration school bus cost and depreciation, fixed charges, operations, maintenance, driver and aide wages. Reimbursement shall be made only for transportation of eligible pupils and exceptions approved by the Department of

Education and the State Board of Education.

13.6 Contract allowances for buses when there are Emergency Days (forgiven by the Department of Education with the consent of the State Board of Educaton), Specially Declared Holidays or Strikes by Teachers.

13.6.1 School bus contractors and school districts shall be paid the normal rate of pay as provided for in their contract, less the allowance for fuel, maintenance and administration. Driver (including layover allowance) and aide allowances shall be paid.

13.6.2 School bus contractors and school districts with buses assigned to midday kindergarten or vocational-technical trips shall be paid the normal rate of pay as provided for in their contract, less the allowance for fuel.

13.6.3 The additional mileage allowance for contractor and school district buses will not include fuel and maintenance allowances.

13.6.4 The Delmar School District shall be reimbursed on the basis of the additional days necessary to operate as a result of the agreement with the Wicomico County Board of Education for the Delmar, Maryland elementary schools.

13.7 Fuel adjustments shall be made in accordance with the State Budget Bill. When fuel adjustment additions are made, the school districts shall pay a lump sum for the number of days driven up to the date of the adjustment and the remainder shall be paid equally over the remaining months of the school year. For contract reductions, the adjustments shall be spread equally over the remaining months of the school year.

**7 DE Reg. 1546 (5/1/04)**

S013

**8 DE Reg. 541 (10/1/04)**

**14.0 Transportation Formulas for Public School Districts Operating District, Lease, or Lease Purchase Buses**

Items which are not on this list must be approved by the State Department of Education. Any purchase, commitment, or obligation exceeding the transportation allocation to the district is the responsibility of the district.

14.1 The following items may be used for the purpose of providing pupil transportation in accordance with the regulations of the Department of Education.

14.1.1 Advertising including equipment, routes, supplies, and employees.

14.1.2 Communication systems including two-way radios, cellular phones, and AM-FM radio.

14.1.3 Fuel including gasoline, diesel, propane, kerosene, storage tanks, pumps, additives, and oil.

14.1.4 Leasing/rental including tools, equipment, storage facilities, buses, garage space, and office space.

14.1.5 Office supplies and materials including computer hardware, computer software, data processing, maps, postage, printing, subscription, and measuring devices.

14.1.6 Safety materials including audio-visual aids, restraining vests, belts, safety awards, pins, patches, certificates, wheelchair ramps, wheelchair retainers, printing, handout materials, pamphlets, training materials, subscriptions, and bus seats.

14.1.7 Salary/wages including attendants (aide) as approved by the Department of Education when required in a student's IEP, dispatchers, drivers, maintenance helpers, mechanics, mechanics helpers, office workers, secretarial, substitute drivers, supervisory (other than State supported supervisor or manager), and State provided employee benefits.

14.1.8 Shop facilities including heat, electric, water, sewer, security, fences, lights, locks, guards, bus storage, janitorial supplies, brushes, mops, buckets, soap, tools, maintenance vehicles, grease, service vehicles, and work uniforms for maintenance staff.

14.1.9 Sidewalks including construction of sidewalks, footbridges, etc. that would be offset in reduced busing costs in 5 years or less, with prior approval of Supervisors of Transportation and School Plant Planning.

14.2 Special 01-60 state funds are provided to school districts for training supplies. This account may also be used for reimbursements for state provided equipment and services.

14.3 Examples of Programs Excluded from State Reimbursement:

S014

14.3.1 Extracurricular Field trips

14.3.2 Transportation of pupils from one school to another for special programs (e.g., music festivals, Christmas programs, etc.)

14.3.3 Transportation of pupils to and from athletic contests, practices, tutoring, band events, etc.

14.3.4 Post-secondary classes

14.3.5 Federal programs

14.3.6 Alternative school transportation when not using a shuttle concept that is as efficient as a shuttle concept.

14.3.7 Choice school transportation outside of the school district or outside of the attendance area of school that the bus normally serves.

14.3.8 Charter school transportation outside of the school district.

**15.0 Transportation Allowances for Individuals:**

Requests for transportation allowances shall be made in writing to the Department of Education by districts with justification. This information is necessary in order for the Department to determine a pupil's eligibility. The responsibility for establishing a claim for transportation allowances rests upon the district and claimant.

15.1 All requests shall be signed by the ~~parent or guardian~~ parent, guardian or Relative Caregiver and certified by the superintendent, principal or the principal teacher of the school to be attended. In case of a car pool, only the driver shall be paid.

15.2 Payments or reimbursements for transportation by private means shall be on the following basis:

15.2.1 When adequate public services is available, the public service rates shall be used.

15.2.2 When public service is not available and it is necessary to provide transportation by private conveyance, the allowance shall be calculated at the prevailing state rate per mile for the distance from the home to the school or school bus and return twice a day, or for the actual distance traveled.

15.2.3 Districts shall maintain a monthly record of mileage travelled on a form provided by the Department of Education.

15.2.4 Any exception or variation must be approved by the Department of Education.

**16.0 Cost Records:**

Cost Records shall include the following costs directly attributable to the transportation of eligible students on district school buses:

16.1 Total expenditures by funding code.

16.2 Wages of the Drivers.

16.3 Bus maintenance costs (expenditure for all bus supplies, repairs and routine service).

16.4 Cost of accidents, including bus repairs.

16.5 Indirect costs (all those costs not included in above categories and all costs associated with those who supervise the school transportation operation).

## 17.0 Bus Replacement Schedules

The time begins for a new bus when it is placed in service. A bus shall have the required mileage prior to the start of the school year. Once a bus is placed in service for the school year, it will not be replaced unless it is unable to continue service due to mechanical failure.

17.1 The following age and mileage requirements apply:

17.1.1 12th year must be replaced ( it may then be used as a spare); or

17.1.2 150,000 miles no matter age of bus; or

S015

17.1.3 7 years plus 100,000 miles; or

17.1.4 mMay be replaced after 10 years.

17.2 Contractors shall be reimbursed for their eligible school buses for the annual allowances permitted by the Formula. New (unused) buses placed in service in a year following their manufacture shall begin their 7 years of capital allowances with the rate specified for the year of manufacture and continue in year increments until completed.

17.3 School buses purchased with state-allocated transportation funds may be used by the school districts for purposes other than transportation of pupils to and from school. This type of use shall be at the district's expense and shall occur only during a time when the bus is not making its normal school run.

17.4 In accordance with the Attorney General's opinion of June 18, 1974, regarding the use of buses purchased from State-allocated transportation funds for purposes other than the regular transportation of pupils to and from school, the provisions of Title 14, Section 1056, School Property, Use, Control and Management, shall apply.

## 18.0 School Bus Inspections:

The Delaware Motor Vehicle Division has two periods of time when all school bus owners shall have their buses inspected each year, once during January or February and the second yearly inspection during June, July, or August.

## 19.0 Transportation for Students with Disabilities:

Transportation or a reimbursement for transportation expenses actually incurred shall be provided by the State for eligible persons with disabilities by the most economically feasible means compatible with the person's disability subject to the limitations in the following regulations:

19.1 When the legal residence of a person receiving tuition assistance for private placement is within sixty (60) miles (one way) of the school or institution to be attended, the person shall be eligible for round trip reimbursement for transportation on a daily basis at the per mile rate allowed by the Internal Revenue Service for business use of a private vehicle, or for transportation at State expense which may be provided in lieu of the per mile reimbursement. (Round trip mileage is considered to be from the person's legal residence to the school or institution and return twice a day, or for actual mileage traveled, whichever is less.)

19.2 When the legal residence of a person receiving tuition assistance for private placement is in excess of sixty (60) miles (one way) but less than one hundred (100) miles (one way) from the school or institution to be attended, the person shall be eligible for round trip transportation reimbursement at the per mile rate allowed by the Internal Revenue Service for business use of a private vehicle, or for transportation at State expense which may be provided in lieu of the per mile reimbursement on a weekly basis and on such other occasions as may be required when the school is not in session due to scheduled vacations or holidays of the school or institution. (Round trip mileage is considered to be from the person's legal residence to the school or institution and return twice a week. The weekly basis is to be determined by the calendar of the school or institution to be attended.)

19.3 When the legal residence of a person receiving tuition assistance for private placement is in excess of one hundred (100) miles (one way) of the school or institution to be attended, the person shall be eligible for round trip reimbursement on the basis of one round trip per year from the person's legal residence to the school or institution and return, and at such other times when care and maintenance of the person is unavailable due to the closing of the residential facility provided in conjunction with the school or institution. (Round trip is considered to be from the person's legal residence to the school or institution to be attended and from the school or institution to the legal residence of the person on an annual basis or at such times as indicated above.)

19.4 Reimbursement shall be computed on the per mile rate allowed by the Internal Revenue Service for business use of a private vehicle from the legal residence to the point of embarkation and return to the legal residence and for the actual fares based on the most economical means of transportation from the point of embarkation to the school or institution to be attended; the return trip shall be computed on the same basis.

19.5 Transportation at State expense may be provided from the legal residence to the point of embarkation in lieu of the per mile reimbursement when it is determined by the local district to be more economically feasible.

19.6 The local district of residence shall be responsible for payment of all such transportation reimbursement when it is determined by the local district to be more economically feasible.

19.7 All requests for payment shall be made by ~~the parent or legal guardian or other person who has control of the child~~ parent, guardian or Relative Caregiver to the transportation supervisor responsible for transportation in the district of residence at a time determined by the district but prior to June 5 of any year.

19.8 When reimbursements are made they shall be based on required documentation to support such payment.

19.9 The legal residence for the purpose of these regulations is defined as the residence of the parent, ~~legal guardian or other persons in the state having control~~ guardian or Relative Caregiver of the child with disabilities and with whom the child actually resides.

19.10 School Transportation Aides: With the approval of the Department of Education, a state funded school bus aide may be provided on school buses serving special schools/ programs for children with disabilities.

**3 DE Reg. 1548 (5/1/00)**

**20.0 Transportation for Alternative Programs:**

Costs for transportation shall be paid by the state from funds appropriated for student transportation if transportation is provided by extending already existing routes. Shuttle services that extend existing routes will be allowed. Additional routes established to transport students to and from the Alternative Programs or other special transportation designs will not be paid by the state from the school transportation appropriation and shall be included in the Alternative Program budget and be paid from the state allocation for alternative programs and/or the districts 30% share. Planning committees for these programs shall include the transportation supervisors who will be providing services. In addition, those supervisors must coordinate planning with and submit their transportation plans to the Education Associate for School Transportation at the Department of Education.

**21.0 Drugs and Alcohol Testing**

21.1 Content:

S016

21.1.1 Pursuant to 14 **Del.C.** §2910, this regulation shall apply to the contracting for a program of drug and alcohol testing services necessary to enable public school districts, charter schools, and any person or entity that contracts with a school district or charter school to provide transportation for State public school students, to comply with such drug and alcohol testing requirements applicable to Delaware public school bus drivers as are now, or may hereafter be, imposed by federal law.

21.1.2 School bus aides shall be subject to the same federal and state drug and alcohol testing requirements as school bus drivers. They shall use non-DOT forms, and the employer shall follow the same procedures set forth herein.

21.2 Definitions: The following words and terms, when used in this regulation, shall have the following meaning unless the context clearly indicates otherwise:

**"Alcohol"** means the intoxicating agent in beverage alcohol, ethyl alcohol or other low molecular weight alcohols, including methyl or isopropyl alcohol.

**"CDL"** means a commercial drivers license issued pursuant to 21 **Del.C.** Ch. 26.

**"Department"** means the Delaware Department of Education.

**"DOT"** means the United States Department of Transportation.

**"Drug"** means the controlled substances for which tests are required under the provisions of 49 U.S.C. ' 31306, 49 CFR Part 382 and 49 CFR Part 40, and include marijuana, cocaine, amphetamines, phencyclidine (PCP), and opiates.

**"Employer"** means school bus contractors or school districts and charter schools when they directly employ school bus drivers.

**"Negative Result"** means a verified negative drug test result or an alcohol test result lower than the Federal standard as defined by the provisions of 49 U.S.C. ' 31306, 49 CFR Part 382 and 49 CFR Part 40.

**"Positive Result"** means a verified positive, adulterated, or substituted drug test result, an alcohol test result equal to or greater than the Federal standard or a refusal to take a drug or alcohol test as defined by the provisions of 49 U.S.C. ' 31306, 49 CFR Part 382 and 49 CFR Part 40.

21.3 Federal Regulations

Employers shall comply with the drug and alcohol testing regulations issued by the Secretary of Transportation of the United States pursuant to 49 U.S.C. ' 31306 and located at 49 CFR Part 382 and 49 CFR Part 40.

21.4 Drug and Alcohol testing program requirements:

21.4.1 The employer shall:

21.4.1.1 Be responsible for compliance with all federal and state regulations;

21.4.1.2 Maintain drug and alcohol testing records for their school bus drivers and aides.

21.4.1.2.1 Documentation of drug and alcohol testing results shall flow directly from the Consortium/Third Party Administrator Medical Review Officer (C/ TPA/MRO), as defined by the provisions of 49 CFR Part 382 and 49 CFR Part 40, to the employer. Copies of positive results shall be sent to the transportation supervisor for the school district or charter school and the Department for accounting and audit purposes.

21.4.1.2.2 Documentation of results shall be addressed to the individual, or employer, and the transportation supervisors for the school district, charter school or Department so as to ensure confidentiality.

21.4.2 The Department shall:

21.4.2.1 Bid the contract for the drug and alcohol testing program;                    S017

21.4.2.2 Monitor the drug and alcohol testing program;

21.4.3 Any school bus driver or aide who is not in compliance with federal and state drug and alcohol testing requirements shall not perform driver or aide duties until they have satisfied the federal and state requirements.

21.4.3.1 Any school bus driver or aide who has a positive drug or alcohol test result shall comply with DOT regulations regarding a Substance Abuse Professional (SAP) evaluation, treatment and return-to-duty testing before another pre-employment test is allowed.

21.4.3.2 An employer who hires a school bus driver or aide who has previously failed a drug or alcohol test shall ensure that all follow-up drug and/or alcohol testing recommended by the SAP evaluation is implemented.

## 21.5 Pre-employment Testing

21.5.1 School bus drivers with no CDL and aides with no prior experience must have a negative pre-employment drug test, and the employer must receive a negative result before the prospective employee can operate a school bus or serve as an aide.

21.5.2 Bus drivers with a CDL and school bus aides with past experience shall follow DOT rules and regulations to determine the necessity for pre-employment drug testing.

21.5.3 Employers shall provide Federal Drug Testing Custody and Control (CCF) forms to new school bus drivers and non-DOT forms to school bus aides who shall take the forms to the appropriate collection facility where the driver or aide shall be administered a drug test. Forms shall note the employer and school district or charter school.

21.5.4 Negative results shall be forwarded from the C/TPA/MRO to the employer.

21.5.5 Positive results shall be forwarded from the C/TPA/MRO to the employer. Copies of positive results shall be sent to the transportation supervisor for the school district or charter school and the Department for accounting and audit purposes.

21.5.6 Employers shall notify prospective school bus drivers and aides in writing of a positive result. Copies of this letter shall be sent to the transportation supervisor for the school district or charter school and the Department.

## 21.6 Random Testing

21.6.1 Employers shall provide the C/TPA/MRO a quarterly list of eligible drivers and aides to be drug and alcohol tested no later than one week before the testing quarter. The list shall note the primary school district or charter school of the drivers and aides. Copies of the lists shall be provided to the school district or charter school transportation supervisors.

21.6.2 The C/TPA/MRO shall send the employer lists of drivers and aides to be tested by the end of the first week of the quarter.

21.6.3 Employers shall provide CCF and alcohol testing forms to the drivers and aides who shall take the forms and go immediately to the appropriate collection facility where the driver or aide shall be administered a drug test or a drug and alcohol test. Forms shall note the employer and the school district or charter school.

21.6.4 Employers shall complete the required random tests before the end of the calendar quarter.

21.6.5 Negative results shall be forwarded from the C/TPA/MRO to the employer.

21.6.6 Notification of positive results shall be forwarded from the C/TPA/MRO to the employer. Copies of the positive results forms shall be sent to the transportation supervisor for the school district or charter school and the Department for accounting and audit purposes.

21.6.7 Employers shall notify school bus drivers and aides in writing of a positive result. Copies of this letter shall be sent to the transportation supervisor for the school district or charter school and Department.

## 21.7 Post-Accident and Reasonable Suspicion Testing

21.7.1 Employers shall provide CCF and alcohol testing forms to the school bus drivers and aides who shall take the forms and go immediately to the appropriate collection facility where the driver or aide shall be administered a drug and/or alcohol test. Forms shall note the employer and school district and charter school.

21.7.2 Negative results shall be forwarded from the C/TPA/MRO to the employer.

21.7.3 Notification of positive results shall be forwarded from the C/TPA/MRO to the employer. Copies of the positive result form shall be sent to the transportation supervisor for the school district or charter school and the Department for accounting and audit purposes.

S018

21.7.4 Employers shall notify school bus drivers and aides in writing of a positive result. Copies of this letter shall be sent to the transportation supervisor for the school district or charter school and the Department.

**3 DE Reg. 942 (1/1/00)**

**6 DE Reg. 643 (11/1/02)**

**22.0** The nonpublic, nonprofit schools shall be responsible for the administration and supervision of the family transportation allowance provided by the State Department of Education.

**22.1** The nonprofit, nonpublic school shall act as the administrator and fiscal agent. If the nonpublic, nonprofit school chooses to use an agent to receive payment other than the nonpublic, nonprofit school, written authorization from the governing board of the nonpublic, nonprofit school, such as the board of trustees or the school board, specifying such agent shall be forwarded to the Education Associate for School Transportation in the Department of Education. The use of an agent to accept payment shall not relieve the nonpublic, nonprofit school from its responsibility to administer and supervise the transportation program, to maintain records, or to submit such reports as may be required.

**22.2** Those nonpublic, nonprofit schools with families requesting transportation allowances shall have a Federal ID number.

**22.3** Transportation allowances shall be made only for those eligible students (Delaware residents attending Delaware schools) who meet residence-to-school proximity guidance of one (1) mile or more for grades K-6 and two (2) miles or more for grades 7-12 and who make application to the nonpublic, nonprofit school for such transportation allowances. These applications for transportation allowances shall be signed by the parent, guardian, or Relative Caregiver and certified by a school administrator. Families of a student who would not otherwise be eligible for the allowance may receive the allowance if a physician certifies that the student is unable to walk or should not walk from home to school and return. The responsibility for establishing a claim for transportation allowances rests upon the claimant, and all records of this request shall be kept on file in the nonpublic, nonprofit school office. Such records shall be made available for audit by a representative of the Department of Education or the State Auditors.

**22.4** The State shall provide the transportation funds to the nonpublic, nonprofit school or designated agent for eligible families. The family shall direct the nonpublic, nonprofit school or designated agent how the funds are to be dispersed [e.g; some or all of the funds to the parent, guardian or Relative Caregiver for tuition, for school-provided transportation costs, for an allowance, etc.] The nonpublic, nonprofit school shall ensure that its tuition, transportation fees, and other costs of attendance are independent of the allowances.

**22.5** Payment shall be made only on the basis of one trip to and one trip from nonpublic, nonprofit school daily. Families who transport more than one child to the same school by private conveyance shall be reimbursed on the basis of the number of trips rather than on the number of children transported. No family shall qualify for more than one reimbursement for students it transports to a single school except for families with two or more children, one of whom is enrolled in a half day kindergarten program. In the event of car pools, each family is entitled to reimbursement, but a family shall not receive more than the annual allowance.

**22.6** The nonpublic, nonprofit school shall submit the initial transportation form, provided by the Department of Education, no later than August 31st of each year. The nonpublic, nonprofit school or designated agent shall submit the final transportation form provided by the Department of Education no later than October 3rd of each year. All information shall be based on September 30th enrollment and eligibility. After the submission of the final transportation form no further adjustments for eligibility shall be made for the remainder of the school year.

**22.7** Upon receipt of the initial form required by the Department of Education the first payment shall be made at the end of September. Upon receipt of the final form the remaining payments will be made at the end of October, January, and April. The school shall return funds not distributed to parents, guardians or Relative Caregivers to the State of Delaware.

8 DE Reg. 541 (10/1/04)

**9 DE Reg. 35 (7/1/05) (Prop.)**

S019

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR SUSSEX COUNTY

FRANK DISMORE :     CIVIL ACTION NO. 06C-06-001

1 CROSS GATE DR, :

SEAFORD DEL. 19973 :     PRAECIPE FOR _____

_____ :

           VS.

SEAFORD SCHOOL DISTRICT :

500 N. DUAL HWY :

SEAFORD DEL. 19973 :

_____ :

TO: _____
        Prothonotary

   Please issue the following writ to the Sheriff of _____
County to serve the defendant at the address listed above.

_____

Attorney for _____

Dated: _____

S020

# In the Superior Court of the State of Delaware

## IN AND FOR SUSSEX COUNTY

FRANK DISMORE
1 CROSSGATE DRIVE
SEAFORD, DEL. 19973

C.A. No.  06C-06-001-THG

**Plaintiff,**

v.

**Summons**

SEAFORD SCHOOL DISTRICT
500 NORTH DUAL HWY
SEAFORD    DEL. 19973

S021

**Defendant,**

THE STATE OF DELAWARE,

TO THE SHERIFF OF SUSSEX COUNTY:

YOU ARE COMMANDED:

To summons the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon _____ FRANK DISMORE _____ plaintiff's attorney, whose address is 1 CROSSGATE DR. SEAFORD, DE 19973 _____, an answer to the complaint, (and, if an affidavit of demand has been filed, an affidavit of defense.)

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff.)

*Joyce M. Co...*

Per: _____    Prothonotary.

Dated 6/21/06

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney, named above, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

*Joyce M. Collini*

Per: _____    Prothonotary.

Clerk



In the Superior Court of the State of Delaware
In and for Sussex county

OoC-06-001 THG

Frank Dismore
1 Crossgate Drive
Seaford, Del. 19973

V.

Seaford School District
500 North Dual Hwy
Seaford, Del. 19973

I am a resident of the state of Delaware
I am mentally challenged
I was terminated from my job as a school district AS A bus driver
My termination was based on my mental disability
My parents informed the district of my disability in 1962 in writing
No charges were ever filed by the district against me.
Two incidents led to my termination
First was offering condoms to students
The second was text messaging a student
Retaliatory threats were made against me through third parties
I filed with the U.S. Equal Employment Opportunity Commission (EEOC)
The EEOC was not able to find a decision and provided me with the right to sue
I am exercising that right
It is one thing to be ignorant of something; it is a whole new ballgame when your
disability prevents you from understanding it in the first place.
The Americans with disabilities act (ADA) prevents discrimination and harassment in the
workplace, both or which I have experienced through the Seaford School District.
The ADA specifies "major" life problems. Mine qualifies as major since no one in the
world can tell me what I am missing. There is no way for me or anyone else to say it is
not a major problem.
Both the Seaford school District and some attorneys I have attempted to contact me have
implied that I am a pedophile. Those accusations' forced me to quit a job afterwards
because of unexpected mood swings that made cry hysiricty without real reason

S022

SUSSEX CO.
PROTHONOTARY
06 JUN -1 PM 1:34
FILED

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY:   N   K   (S)           CIVIL ACTION NUMBER:  _06C-06-001 THG_

Civil Case Code _____           Civil Case Type _____
              (SEE REVERSE SIDE FOR CODE AND TYPE)

| Caption: | Name and Status of Party filing document: |
|---|---|
| WRONGFUL TERMINATION E.E.O.C. AGGRES RETATORY THREATS THROUGH THIRD PARTES NO CHARGES FILED MENTALLY CHALLANGE | FRANK DISMORE |
| | Document Type: (E.G.; COMPLAINT; ANSWER WITH COUNTERCLAIM) |
| | Non-Arbitration ___          eFile ___ (CERTIFICATE OF VALUE MAY BE REQUIRED) |
| | Arbitration ___  Mediation ___   Neutral Assessment ___ DEFENDANT (CIRCLE ONE)  **ACCEPT**   **REJECT** JURY DEMAND  YES ___   No ___ TRACK ASSIGNMENT REQUESTED (CIRCLE ONE) **EXPEDITED     STANDARD     COMPLEX** |
| ATTORNEY NAME(S): _____ ATTORNEY ID(S): _____ FIRM NAME: _____ ADDRESS:            S023 _____ TELEPHONE NUMBER: _____ FAX NUMBER: _____ E-MAIL ADDRESS: _____ | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS _____ EXPLAIN THE RELATIONSHIP(S): _____ _____ _____ OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT: _____ _____ (IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

**THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.**

Revised 9/2003

Monday, May 02, 2005

Maybe my handling of a delicate situation was different, but handling it is what I did. This was a situation I could not release the student in. I was in line up at the middle school, this was a high school student. Release of students was still five minutes plus away. And Larry it turns out was at the High School that day. There was no where to turn too.

In retrospect
    1.) I have no idea what kind of family situation a student is in.
    2.) What services might be available to any individual student.
        a.  that a student would even use said service after they leave the bus.
        b.  that a student would talk as freely to a school counselor

They were gossiping about "protection" without a willingness to discuss this with an adult that would take their best interest into concern. If they were asking essentially perfect strangers about potentially serious health issues. I am concern about their overall well being.

      o  I am concerned about getting these students counseling that they themselves can comfortably discuss serious health issues that will affect their entire lives
      o  My personal views on these topics should not come into consideration here.

I heard in normal female voices ( not quiet or low) references made to the use of protection. I was point blank asked to explain what a douche was to them.

There might be people of parties whom don't want to acknowledge that what I heard came from the mouths of teenagers in need of help. But prevention is needed here.

In closing:
    After discussing this issue with the district transportation office and my contractor. I have been informed of other, more efficient ways of dealing with these sensitive issues.
    Any further occurrences by **any** student would be privately ( in person, in office) brought to the transportation office for them to resolve through the wellness center in the school itself.

# SEAFORD MIDDLE SCHOOL

DATE:  September 30, 2005

*Exhibit A*

STUDENT(S):
RE: TEXT MESSAGE/CELL PHONE

The above student came to me after speaking with our guidance department about the situation.          told me that the previous day she received several text messages from her bus driver.
There were a total of four messages from 344-5738 that came to          on September 29.  The first message came at 1:59 pm, when          was in class.  The second came at 2:08, the next was at 2:22 and the last came at 2:30          told me that her bus driver had asked for her cell phone number in case he needed to let her know something was wrong or to get in touch with her parents.

I have statements from          and another student          I have a photo copy of          cell phone and I have a written description of the messages that were exchanged.  I also had Det. Albert speak with          about this situation.


Kimberly Simmons
Associate Principal

S025

EEOC FORM 131 (5/01)

# U. S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| Dr. Mellie Kinnamon<br>Director of Human Resource Development & Public Information<br>**SEAFORD SCHOOL DISTRICT**<br>390 N. Market Street<br>Seaford, DE 19973-2612 | **Frank S. Dismore** |

| THIS PERSON *(check one or both)* |
|---|
| [X] Claims To Be Aggrieved |
| [ ] Is Filing on Behalf of Other(s) |

EEOC CHARGE NO.
**170-2006-00011**

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional Information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

| [ ] Title VII of the Civil Rights Act | [X] The Americans with Disabilities Act |
|---|---|
| [ ] The Age Discrimination in Employment Act | [ ] The Equal Pay Act |

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by _____ a statement of your position on the Issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our Investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to
If you **DO NOT** wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any Inquiry you may have should be directed to:

| **Rita D. Epperson**<br>**Supervisory Investigator**<br><br>*EEOC Representative*<br>Telephone:   **(215) 440-2644** | **Philadelphia District Office**<br>**21 South 5th Street**<br>**Suite 400**<br>**Philadelphia, PA 19106** |
|---|---|

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

| [ ] RACE | [ ] COLOR | [ ] SEX | [ ] RELIGION | [ ] NATIONAL ORIGIN | [ ] AGE | [X] DISABILITY | [ ] RETALIATION | [ ] OTHER |
|---|---|---|---|---|---|---|---|---|

**See enclosed copy of charge of discrimination.**

S026

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| Feb 07, 2006 | **Marie M. Tomasso**<br>**District Director** | *Marie M. Tomasso* |

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 170-2006-00011 |

**Delaware Department of Labor** _____ and EEOC

*State or local Agency, if any*

| Name *(Indicate Mr., Ms., Mrs.)* | Home Phone No. *(Incl Area Code)* | Date of Birth |
|---|---|---|
| **Mr. Frank S. Dismore** | **(302) 629-4956** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **1 Cross Gate Drive, Seaford, DE 19973** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, | Phone No. *(Include Area Code)* |
|---|---|---|
| **SEAFORD SCHOOL DISTRICT** | **500 or More** | **(302) 629-4987** |

| Street Address | City, State and ZIP Code |
|---|---|
| **500 Stern Highway, Seaford, DE 19973** | |

| Name | No. Employees, | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER *(Specify below.)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| **09-30-2005** | **09-30-2005** |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I. I was hired by the Gundry Bus Service in August 2003 as a Bus Driver. On September 30, 2005, Larry Saltarelli, Transportation Supervisor for the Respondent informed me that I was discharged for text messaging a 14 year old female student.**

**II. I believe that I have been discriminated against because of my disability (mentally challenged) in that:**

**1. I do not deny text messaging a student; however, I was unaware that I was not allowed to do this. The text message consisted of four messages. The first one I sent was "do you text" the second message was, " I am trying to figure out how to text", the third message was "where are you" and the fourth was "you are here".**

**2. When Mr. Saltarelli met with me he told me that I was terminated and that I could never work in the school district again.**

**3. Mr. Saltarelli was aware that I was mentally challenged because in June 2005, I was cited for an incident where I offered some students condoms. At this time, I told Mr. Saltarelli that I was mentally challenged and sometimes I make spontaneous statements that I am not fully aware of due to my disability.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |

| Nov 15, 2005 | | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
|---|---|---|
| *Date* | *Charging Party Signature* | |

S027

Enclosure with EEOC
Form 131 (5/01)

## INFORMATION ON CHARGES OF DISCRIMINATION

### EEOC RULES AND REGULATIONS

Section 1601.15 of EEOC's regulations provides that persons or organizations charged with employment discrimination may submit a statement of position or evidence regarding the issues covered by this charge.

EEOC's recordkeeping and reporting requirements are found at Title 29, Code of Federal Regulations (29 CFR): 29 CFR Part 1602 (see particularly Sec. 1602.14 below) for Title VII and the ADA; 29 CFR Part 1620 for the EPA; and 29 CFR Part 1627, for the ADEA. These regulations generally require respondents to preserve payroll and personnel records relevant to a charge of discrimination until disposition of the charge or litigation relating to the charge. (For ADEA charges, this notice is the written requirement described in Part 1627, Sec. 1627.3(b)(3), .4(a)(2) or .5(c), for respondents to preserve records relevant to the charge – the records to be retained, and for how long, are as described in Sec. 1602.14, as set out below). Parts 1602, 1620 and 1627 also prescribe record retention periods – generally, three years for basic payroll records and one year for personnel records. Questions about retention periods and the types of records to be retained should be resolved by referring to the regulations.

**Section 1602.14  Preservation of records made or kept.** . . . . Where a charge ... has been filed, or an action brought by the Commission or the Attorney General, against an employer under Title VII or the ADA, the respondent ... shall preserve all personnel records relevant to the charge or the action until final disposition of the charge or action.  The term *personnel records relevant to the charge,* for example, would include personnel or employment records relating to the aggrieved person and to all other aggrieved employees holding positions similar to that held or sought by the aggrieved person and application forms or test papers completed by an unsuccessful applicant and by all other candidates or the same position as that for which the aggrieved person applied and was rejected.  The date of *final disposition of the charge or the action* means the date of expiration of the statutory period within which the aggrieved person may bring [a lawsuit] or, where an action is brought against an employer either by the aggrieved person, the Commission, or the Attorney General, the date on which such litigation is terminated.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA provide that it is an unlawful employment practice for an employer to discriminate against present or former employees or job applicants, for an employment agency to discriminate against any individual, or for a union to discriminate against its members or applicants for membership, because they have opposed any practice made an unlawful employment practice by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the statutes.  The Equal Pay Act contains similar provisions.  Additionally, Section 503(b) of the ADA prohibits coercion, intimidation, threats, or interference with anyone because they have exercised or enjoyed, or aided or encouraged others in their exercise or enjoyment, of rights under the Act.

Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made.  Please note that the Civil Rights Act of 1991 provides substantial additional monetary provisions to remedy instances of retaliation or other discrimination, including, for example, to remedy the emotional harm caused by on-the-job harassment.

### NOTICE REGARDING REPRESENTATION BY ATTORNEYS

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you.  If you do retain an attorney, please give us your attorney's name, address and phone number, and ask your attorney to write us confirming such representation.



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Philadelphia District Office

21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515
(215) 440-2600
TTY (215) 440-2610
FAX (215) 440-2604, 2632 & 2805

## EEOC PHILADELPHIA DISTRICT OFFICE

### NOTICE OF SETTLEMENT

The above-referenced charge of employment discrimination has been received by the Equal Employment Opportunity Commission (EEOC) and assigned the above charge number. In most instances, this office initiates its investigation by sending the Respondent a Request for Information (RFI). This Notice of Settlement is being sent as an attachment to the initial RFI for this charge.

In addition, this office attempts to negotiate a settlement for each charge. For such settlements, the EEOC representative attempts to facilitate settlement discussions between the two parties in the hopes of obtaining an agreement mutually satisfactory to the parties and to EEOC. If such a settlement is negotiated, the Commission will prepare a Settlement Agreement to be signed by all parties, including EEOC.

Negotiated Settlement Agreements typically include the following:

a) a description of the relief to be provided to the Charging Party as a result of the Agreement;
b) means of monitoring to insure that the terms of relief are met;
c) a statement which expressly indicates that the Respondent is not acknowledging any violation of the statute(s) under which the charge was filed;
d) a clause prohibiting retaliation; and
e) a waiver by the Charging Party of his/her private suit rights under the applicable statutes administered by EEOC.

In addition, a Settlement Agreement concludes EEOC's investigation of the subject charge. Such EEOC closure would eliminate the need thereafter for Respondent to prepare statements, to respond to RFIs, to make witnesses available or to otherwise respond to the Commission's investigation for that charge.

Although Respondent will be contacted by an EEOC representative to discuss the possibility of settlement, this office's increasing inventory has resulted in some delay before such settlement efforts can be initiated. However, if Respondent at this time is interested in pursuing settlement, the Respondent representative is invited to contact this office directly as a means of insuring expedited settlement discussions. If that is Respondent's intent, please contact the EEOC representative identified in the Notice of Charge of Discrimination (EEOC Form 131).

EEOC Form 161 (10/96)          **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Frank S Dismore
1 Cross Gate Drive
Seaford, DE 19973

From: Equal Employment Opportunity Commission
Philadelphia District Office
The Bourse
21 S. Fifth Street, Suite 400
Philadelphia, PA  19106-2515

*RECEIVED MAR 0 ? 2006*

*On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))*

[  ]

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 170-2006-00011 | Legal Unit | (215) 440-2828 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[   ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[   ]  Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[   ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[   ]  We cannot investigate your charge because it was not filed within the time limit required by law.

[   ]  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[   ]  While reasonable efforts were made to locate you, we were not able to do so.

[   ]  You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[ X ]  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[   ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[   ]  Other *(briefly state)* _____

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you.  You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit must be filed **WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

_____          *February 28, 2006*

Marie M. Tomasso, District Director          *(Date Mailed)*

Enclosure(s)
Information Sheet

cc:    SEAFORD SCHOOL DISTRICT
Larry Saltarelli, Transportation Supervisor

S030

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR SUSSEX COUNTY

FRANK    DISMORE                  :    CIVIL ACTION NO. O6C-06-001

1 CROSS GATE    DR,              :

SEAFORD    DEL. 19973           :    PRAECIPE FOR _____

_____        :

            VS.

SEAFORD    SCHOOL    DISTRICT

500  N.  DUAL  HWY               :

SEAFORD    DEL. 19973           :

_____        :

TO: _____
            Prothonotary

    Please issue the following writ to the Sheriff of _____
County to serve the defendant at the address listed above.

                                        _____

                                        Attorney for _____

Dated: _____

S031

SUMMONS

# In the Superior Court of the State of Delaware

### IN AND FOR SUSSEX COUNTY

FRANK DISMORE
1 CROSSGATE DRIVE
SEAFORD, DEL. 19973

C.A. No. 06C-06-001-THG

Plaintiff,

v.

SEAFORD SCHOOL DISTRICT
500 NORTH DUAL HWY
SEAFORD DEL. 19973

Summons

Defendant,

THE STATE OF DELAWARE,

TO THE SHERIFF OF SUSSEX COUNTY:

YOU ARE COMMANDED:

To summons the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon _____ FRANK DISMORE _____ plaintiff's attorney, whose address is 1 CROSSGATE DR. SEAFORD, DE 19973 _____, an answer to the complaint, (and, if an affidavit of demand has been filed, an affidavit of defense.)

To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff.

Joyce M. Ce

Dated 6/21/06

Per: Alen W. Be

Prothon

TO THE ABOVE NAMED DEFENDANT:

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney, named above, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

Joyce M. Coelini

S032

Per: Alen W. Be,

Prothonotary.

Clerk



In the Superior Court of the State of Delaware
In and for Sussex county

OcoC-06-001  THG

Frank Dismore
1 Crossgate Drive
Seaford, Del. 19973

V.

Seaford School District
500 North Dual Hwy
Seaford, Del. 19973

I am a resident of the state of Delaware
I am mentally challenged
I was terminated from my job as a school district As A bus driver
My termination was based on my mental disability
My parents informed the district of my disability in 1962 in writing
No charges were ever filed by the district against me.
Two incidents led to my termination
First was offering condoms to students
The second was text messaging a student
Retaliatory threats were made against me through third parties
I filed with the U.S. Equal Employment Opportunity Commission (EEOC)
The EEOC was not able to find a decision and provided me with the right to sue
I am exercising that right
It is one thing to be ignorant of something; it is a whole new ballgame when your
disability prevents you from understanding it in the first place.
The Americans with disabilities act (ADA) prevents discrimination and harassment in the
workplace, both or which I have experienced through the Seaford School District.
The ADA specifies "major" life problems. Mine qualifies as major since no one in the
world can tell me what I am missing. There is no way for me or anyone else to say it is
not a major problem.
Both the Seaford school District and some attorneys I have attempted to contact me have
implied that I am a pedophile. Those accusations' forced me to quit a job afterwards
because of unexpected mood swings that made cry hysiricty without real reason

S033

PROTHONOTARY
SUSSEX CO.
06 JUN -1 PM 1:34
FILED

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY:    N    K    Ⓢ          CIVIL ACTION NUMBER: _06 C - 06 - 001_ THG

Civil Case Code _____          Civil Case Type _____

(SEE REVERSE SIDE FOR CODE AND TYPE)

| | |
|---|---|
| **Caption:**<br><br>WRONGFUL TERMINATION<br><br>E.E.O.C. AGGREES<br><br>RETATORY THREATS THROUGH<br><br>THIRD PARTES<br><br>NO CHARGES FILED<br><br>MENTALLY CHALLANGE | **Name and Status of Party filing document:**<br><br>FRANK DISMORE<br><br>Document Type: (E.G., COMPLAINT; ANSWER WITH COUNTERCLAIM)<br><br>_____<br><br>Non-Arbitration ___          eFile ___<br>(CERTIFICATE OF VALUE MAY BE REQUIRED)<br><br>Arbitration ___ Mediation ___    Neutral Assessment ___<br>DEFENDANT (CIRCLE ONE)   **ACCEPT   REJECT**<br>JURY DEMAND  Yes ___   No ___<br>TRACK ASSIGNMENT REQUESTED (CIRCLE ONE)<br>**EXPEDITED    STANDARD    COMPLEX** |
| **ATTORNEY NAME(S):**<br><br>**ATTORNEY ID(S):**<br><br>**FIRM NAME:**<br><br>**ADDRESS:**<br><br>S034 | **IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS**<br><br>**EXPLAIN THE RELATIONSHIP(S):** |
| **TELEPHONE NUMBER:**<br><br>**FAX NUMBER:**<br><br>**E-MAIL ADDRESS:** | **OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:**<br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

Revised 9/2003

same entity.

8. Will the amended regulation be consistent with and not an impediment to the implementation of other state educational policies, in particular to state educational policies addressing achievement in the core academic subjects of mathematics, science, language arts and social studies? The amended regulation will be consistent with and not an impediment to the implementation of other state educational policies, in particular to state educational policies addressing achievement in the core academic subjects of mathematics, science, language arts and social studies.

9. Is there a less burdensome method for addressing the purpose of the regulation? There is no less burdensome method for addressing the purpose of the regulation?

10. What is the cost to the State and to the local school boards of compliance with the regulation? There is the no additional cost to the State and to the local school boards of compliance with the regulation.

## 1105 School Transportation

### 1.0 Responsibilities of Local Superintendents:

Local District Superintendents or their designees shall assume the following responsibilities concerning the transportation of students:

1.1 Implement state school transportation regulations. Local school disciplinary policies shall include pupil behavior and discipline on the school bus.

1.2 Define and coordinate changes to school transportation operations impacting local district budget allocations with the Department of Education.

1.3 Provide resource material and encourage teachers to include instruction in passenger safety in the school curriculum.

1.4 Provide for close and continuous supervision of the unloading and loading zones on or near the school plant, and of the emergency drills.

1.5 Provide supervision for those students whose bus schedules require them to arrive at school before classes begin and remain after classes terminate.

1.6 Promote public understanding of, and support for the district's school transportation program.

1.7 Assume prime responsibility for student conduct.

### 2.0 Conditions for School Bus Contractors:

School Bus Contractors shall agree to the following conditions in their contracts:

2.1 Follow all applicable federal, state, and local school bus regulations and policies.                    S035

2.2 Communicate effectively with the district transportation supervisor.

2.3 Dismiss a school bus driver when it can be shown that the driver is not satisfactorily performing driver tasks. District transportation supervisors may restrict a driver from operating in their school district.

2.4 Pay drivers and aides and provide substitute drivers and aides.

### 3.0 Responsibilities of School Bus Drivers:

Local school districts shall have a policy concerning the responsibilities of school bus drivers which, at a minimum, includes the following:

Monday, May 02, 2005

Maybe my handling of a delicate situation was different, but handling it is what I did. This was a situation I could not release the student in. I was in line up at the middle school, this was a high school student. Release of students was still five minutes plus away. And Larry it turns out was at the High School that day. There was no where to turn too.

In retrospect
      1.) I have no idea what kind of family situation a student is in.
      2.) What services might be available to any individual student.
            a.   that a student would even use said service after they leave the bus.
            b.   that a student would talk as freely to a school counselor

They were gossiping about "protection" without a willingness to discuss this with an adult that would take their best interest into concern. If they were asking essentially perfect strangers about potentially serious health issues. I am concern about their overall well being.

      o   I am concerned about getting these students counseling that they themselves can comfortably discuss serious health issues that will affect their entire lives
      o   My personal views on these topics should not come into consideration here.

I heard in normal female voices ( not quiet or low)  references made to the use of protection. I was point blank asked to explain what a douche was to them.

There might be people of parties whom don't want to acknowledge that what I heard came from the mouths of teenagers in need of help. But prevention is needed here.

In closing:
      After discussing this issue with the district transportation office and my contractor. I have been informed of other, more efficient ways of dealing with these sensitive issues.
      Any further occurrences by **any** student would be privately ( in person, in office) brought to the transportation office for them to resolve through the wellness center in the school itself.

Monday, May 02, 2005

*Rough draft    there might be more.*

I welcome any comments or opinions about the operation of my bus route, whether I agree with them or not.

Maybe my handling of a delicate situation was different from someone else's feelings about it, but handling it is what I did. Even in retrospect

    1.) I have no idea what kind of family situation a student is in.

    2.) What services might be available to any individual student.

        a.  that a student would even use said service after they leave the bus.

        b. that a student would talk as freely to a school counselor

What I heard in a normal ( not quiet or low) female voice a couple of weeks ago was references to use of " protection " out of genuine fear. And then on the day of this occurrence, It was point blank in a normal female voice " What is a douche?" This was a situation I could not release the student in. I was in line up at the middle school, this was a high school student. Release of students was still five minutes plus away. And Larry it turns out was at the High School that day. There was no where to turn too.

If they are gossiping about "protection" without a willingness to discuss this with an adult that would take their best interest into concern. If they are asking essentially perfect strangers about potentially serious health issues. I am concern about their overall well being.

S037

— The issue is about concern (my) and how to get Adult care and counseling to the Affected parties;

    — In a normal voice (not quiet or low) female voices were making references to the use of protection,

    — Also, in a normal voice, the question was raised; " What is a douche?"

— There are ~~several~~ ~~other~~ persons who don't want to Acknowledge that what I overheard came from the mouths of teenage children in need of help.

— ~~Facing~~ Faced with similar circumstances, I will probably have My Supervisors contact School officials who in turn may be better able to counsel students Appropriately.

# SEAFORD MIDDLE SCHOOL

DATE:  September 30, 2005

*Exhibit A*

STUDENT(S):
RE: TEXT MESSAGE/CELL PHONE

The above student came to me after speaking with our guidance department about the situation.        told me that the previous day she received several text messages from her bus driver.

There were a total of four messages from 344-5738 that came to        on September 29.  The first message came at 1:59 pm, when        was in class.  The second came at 2:08, the next was at 2:22 and the last came at 2:30.        told me that her bus driver had asked for her cell phone number in case he needed to let her know something was wrong or to get in touch with her parents.

I have statements from        and another student        I have a photo copy of        cell phone and I have a written description of the messages that were exchanged.  I also had Det. Albert speak with        about this situation.

Kimberly Simmons
Associate Principal

S038

EEOC FORM 131 (5/01)

## U. S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| Dr. Mellie Kinnamon<br>**Director of Human Resource Development & Public Information**<br>**SEAFORD SCHOOL DISTRICT**<br>**390 N. Market Street**<br>**Seaford, DE 19973-2612** | **Frank S. Dismore** |

THIS PERSON (check one or both)

[X] Claims To Be Aggrieved

[ ] Is Filing on Behalf of Other(s)

EEOC CHARGE NO.

**170-2006-00011**

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[ ] Title VII of the Civil Rights Act          [X] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act          [ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by _____ a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by to
If you **DO NOT** wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| **Rita D. Epperson**<br>**Supervisory Investigator** | **Philadelphia District Office**<br>**21 South 5th Street**<br>**Suite 400**<br>**Philadelphia, PA 19106** |
|---|---|

*EEOC Representative*

Telephone: **(215) 440-2644**

Enclosure(s): [X] Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [ ] AGE  [X] DISABILITY  [ ] RETALIATION  [ ] OTHER

## See enclosed copy of charge of discrimination.

S039

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| **Feb 07, 2006** | **Marie M. Tomasso**<br>**District Director** | *M. Tomasso* |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 170-2006-00011 |

| Delaware Department of Labor | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) **Mr. Frank S. Dismore** | Home Phone No. (Incl Area Code) **(302) 629-4956** | Date of Birth |
|---|---|---|

Street Address **1 Cross Gate Drive, Seaford, DE 19973**    City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name **SEAFORD SCHOOL DISTRICT** | No. Employees, **500 or More** | Phone No. (Include Area Code) **(302) 629-4987** |
|---|---|---|

Street Address **500 Stern Highway, Seaford, DE 19973**    City, State and ZIP Code

| Name | No. Employees, | Phone No. (Include Area Code) |
|---|---|---|

Street Address    City, State and ZIP Code

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER *(Specify below.)*

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest **09-30-2005** | Latest **09-30-2005** |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I. I was hired by the Gundry Bus Service in August 2003 as a Bus Driver. On September 30, 2005, Larry Saltarelli, Transportation Supervisor for the Respondent informed me that I was discharged for text messaging a 14 year old female student.**

**II. I believe that I have been discriminated against because of my disability (mentally challenged) in that:**

**1. I do not deny text messaging a student; however, I was unaware that I was not allowed to do this. The text message consisted of four messages. The first one I sent was "do you text" the second message was, "I am trying to figure out how to text", the third message was "where are you" and the fourth was "you are here".**

**2. When Mr. Saltarelli met with me he told me that I was terminated and that I could never work in the school district again.**

**3. Mr. Saltarelli was aware that I was mentally challenged because in June 2005, I was cited for an incident where I offered some students condoms. At this time, I told Mr. Saltarelli that I was mentally challenged and sometimes I make spontaneous statements that I am not fully aware of due to my disability.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |

| **Nov 15, 2005** Date | *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
|---|---|---|

S040

*Enclosure with EEOC*
*Form 131 (5/01)*

## INFORMATION ON CHARGES OF DISCRIMINATION

### EEOC RULES AND REGULATIONS

Section 1601.15 of EEOC's regulations provides that persons or organizations charged with employment discrimination may submit a statement of position or evidence regarding the issues covered by this charge.

EEOC's recordkeeping and reporting requirements are found at Title 29, Code of Federal Regulations (29 CFR): 29 CFR Part 1602 (see particularly Sec. 1602.14 below) for Title VII and the ADA; 29 CFR Part 1620 for the EPA; and 29 CFR Part 1627, for the ADEA. These regulations generally require respondents to preserve payroll and personnel records relevant to a charge of discrimination until disposition of the charge or litigation relating to the charge. (For ADEA charges, this notice is the written requirement described in Part 1627, Sec. 1627.3(b)(3), .4(a)(2) or .5(c), for respondents to preserve records relevant to the charge – the records to be retained, and for how long, are as described in Sec. 1602.14, as set out below). Parts 1602, 1620 and 1627 also prescribe record retention periods – generally, three years for basic payroll records and one year for personnel records. Questions about retention periods and the types of records to be retained should be resolved by referring to the regulations.

**Section 1602.14   Preservation of records made or kept.**  . . . . Where a charge ... has been filed, or an action brought by the Commission or the Attorney General, against an employer under Title VII or the ADA, the respondent ... shall preserve all personnel records relevant to the charge or the action until final disposition of the charge or action.  The term *personnel records relevant to the charge*, for example, would include personnel or employment records relating to the aggrieved person and to all other aggrieved employees holding positions similar to that held or sought by the aggrieved person and application forms or test papers completed by an unsuccessful applicant and by all other candidates or the same position as that for which the aggrieved person applied and was rejected.  The date of *final disposition of the charge or the action* means the date of expiration of the statutory period within which the aggrieved person may bring [a lawsuit] or, where an action is brought against an employer either by the aggrieved person, the Commission, or the Attorney General, the date on which such litigation is terminated.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Section 704(a) of Title VII, Section 4(d) of the ADEA, and Section 503(a) of the ADA provide that it is an unlawful employment practice for an employer to discriminate against present or former employees or job applicants, for an employment agency to discriminate against any individual, or for a union to discriminate against its members or applicants for membership, because they have opposed any practice made an unlawful employment practice by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the statutes.  The Equal Pay Act contains similar provisions.  Additionally, Section 503(b) of the ADA prohibits coercion, intimidation, threats, or interference with anyone because they have exercised or enjoyed, or aided or encouraged others in their exercise or enjoyment, of rights under the Act.

Persons filing charges of discrimination are advised of these Non-Retaliation Requirements and are instructed to notify EEOC if any attempt at retaliation is made.  Please note that the Civil Rights Act of 1991 provides substantial additional monetary provisions to remedy instances of retaliation or other discrimination, including, for example, to remedy the emotional harm caused by on-the-job harassment.

### NOTICE REGARDING REPRESENTATION BY ATTORNEYS

Although you do not have to be represented by an attorney while we handle this charge, you have a right, and may wish to retain an attorney to represent you.  If you do retain an attorney, please give us your attorney's name, address and phone number, and ask your attorney to write us confirming such representation.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**

21 South 5th Street, Suite 400
Philadelphia, PA 19106-2515
(215) 440-2600
TTY (215) 440-2610
FAX (215) 440-2604, 2632 & 2805

## EEOC PHILADELPHIA DISTRICT OFFICE

### NOTICE OF SETTLEMENT

The above-referenced charge of employment discrimination has been received by the Equal Employment Opportunity Commission (EEOC) and assigned the above charge number. In most instances, this office initiates its investigation by sending the Respondent a Request for Information (RFI). This Notice of Settlement is being sent as an attachment to the initial RFI for this charge.

In addition, this office attempts to negotiate a settlement for each charge. For such settlements, the EEOC representative attempts to facilitate settlement discussions between the two parties in the hopes of obtaining an agreement mutually satisfactory to the parties and to EEOC. If such a settlement is negotiated, the Commission will prepare a Settlement Agreement to be signed by all parties, including EEOC.

Negotiated Settlement Agreements typically include the following:

a) a description of the relief to be provided to the Charging Party as a result of the Agreement;
b) means of monitoring to insure that the terms of relief are met;
c) a statement which expressly indicates that the Respondent is not acknowledging any violation of the statute(s) under which the charge was filed;
d) a clause prohibiting retaliation; and
e) a waiver by the Charging Party of his/her private suit rights under the applicable statutes administered by EEOC.

In addition, a Settlement Agreement concludes EEOC's investigation of the subject charge. Such EEOC closure would eliminate the need thereafter for Respondent to prepare statements, to respond to RFIs, to make witnesses available or to otherwise respond to the Commission's investigation for that charge.

Although Respondent will be contacted by an EEOC representative to discuss the possibility of settlement, this office's increasing inventory has resulted in some delay before such settlement efforts can be initiated. However, if Respondent at this time is interested in pursuing settlement, the Respondent representative is invited to contact this office directly as a means of insuring expedited settlement discussions. If that is Respondent's intent, please contact the EEOC representative identified in the Notice of Charge of Discrimination (EEOC Form 131).

S042

EEOC Form 161 (10/96)    **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Frank S Dismore
1 Cross Gate Drive
Seaford, DE 19973

From: Equal Employment Opportunity Commission
Philadelphia District Office
The Bourse
21 S. Fifth Street, Suite 400
Philadelphia, PA  19106-2515

*RECEIVED MAR 0 2006*

[  ]    *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 170-2006-00011 | Legal Unit | (215) 440-2828 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[  ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[  ]    Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[  ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[  ]    We cannot investigate your charge because it was not filed within the time limit required by law.

[  ]    Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[  ]    While reasonable efforts were made to locate you, we were not able to do so.

[  ]    You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[ X ]    The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[  ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[  ]    Other *(briefly state)* _____

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you.  You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost.  (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

_____
Marie M. Tomasso, District Director

*February 28, 2006*
*(Date Mailed)*

Enclosure(s)
    Information Sheet

cc:    SEAFORD SCHOOL DISTRICT
    Larry Saltarelli, Transportation Supervisor

S043

**Saltarelli, Larry**

| | |
|---|---|
| **Subject:** | Unemployment Hearing RE: Frank Dismore vs. Blanche & John Gundry |
| **Location:** | Georgetown (9:15) |
| **Start:** | Mon 11/21/2005 8:00 AM |
| **End:** | Mon 11/21/2005 8:30 AM |
| **Recurrence:** | (none) |

Directions: Left (North) 113 to business park Used to include Blood Bank. Labor Department 2nd Floor

Nov. 21

* Parents were not happy

* My Supervisor was not happy

- Had nurse at H.S. talk with both
  girl students →

S044

1

**Saltarelli, Larry**

| | |
|---|---|
| **Subject:** | Mtg. Frank Dismore appeal for unemployment comp. |
| **Location:** | Dept of Labor 11:00 am ;Roosevelt Ave.Room 103 |
| **Start:** | Tue 2/7/2006 9:30 AM |
| **End:** | Tue 2/7/2006 10:00 AM |
| **Recurrence:** | (none) |

Gundry's, Dismore, Saltarelli

Attended mtg. 11:00 a Dover Dept of Labor/off Roosevelt Ave.

— Appeal Hearing — Mr. Dismore was Asked his Reasons for Appeal for Any New evidence.

— Mr. Dismore provided copies of of Letters provided by Mr. Dismore's parents to the School (where? which?) whom Frank was a Student.

— Mr. Gundry Restated he was Required to dismiss Frank as an Employee, And Although Frank worked for the Gundry's Farms in the summer, he needed to employ both a bus driver And Farm helper. Mr. Gundry was Asked if he would have Fired Mr. Dismore if he had Not been directed to do so. His Answer was No — but he doesn't want to pay for Frank's unemployment compensation either.

— Mr. Saltarelli was Never invited to Add Anything/Nor was he Asked Any questions by Any of the Appeal board Members (At Least 4 And Attorney presiding.

S045

After Receiving word From Mrs Simmons, I asked For cel number which I called to verify it belonged to driver.

I called number (344-5738), spoke with driver. Indicated this phone number was associated with 4 Text messages to an 8th grade student while she was in school —

Driver came to and Appeared before me and was ~~told~~ told unless he could show me how he isn't involved, he is Fired And can no longer drive For/in the Seaford School District.

This occurred officially or Sept. 30, 2005

S046

(5)

Students on bus #4

mother

mother                              cel
                                    home

grand Father

— initial complaint to State Police

driver overheard

Driver  Frank Dismore

Contractor  John Gundry

— Reversed Route
— Students would not sit
  Near driver to avoid
  over honning  other comments

S047

Again. For posterity,
~~~~~~ Took place ~ May 2005

— Initial incident involved Mr. Dismone (hence "Thedriver)
overhearing Female (2) students Remarks About use of on
what is A deusch (SP)

— Driver pulled bus over to side of Road ~ Allowed
                                                    to get off the
Sibling brother oF
bus.

              And                    Remained on bus And
driver ask iF girls were sexually Active ~ did they
need help in obtaining protection (contraceptives)

      's mother And grandFather were completely upset ~ called
State Police to investigate driver/car turned immediately

State Police did not Arrest ~          S048

Parents of both girls called Transportation ofc
      's mother indicated  driver was very
Kind And on occasion had called to Find out
was ill on did not Ride. He Also Jokingly     when she
provided some FORM oF A cupcake For,
"birthday"    's mother thought this was All
innocent until the incident described Above.
— She did not wish to get the driver Fined.
      's parent, grandFather did not want driver
Fined, but wanted him Removed From bus.
Mr. Saltarelli And mr. Gundry Felt the
gesture on part oF driver was A Result oF
cAring too much For Student Riders, oFFered
            (1)

to change Route so girls would be first
OFF - Last on and Reassigned students to
~~~~ Seats out of the driver's immediated
earshot.

Both parents were not happy with
this ~~~~ Response - wanted a meeting
with driver/contractor, Mr. Saltorelli.        's
Grandfather insisted            was emotionally
scarred.

I took it upon myself to ask Ms.
Chaffinch, School nurse, at H.S. to talk
to girls to determin if girls were
suffering emotionally.

— Ms Chaffinch interviewed each Girl
individually — each girl told basically the
same story — Neither girl indicated any
emotional problem in Ms chaffinch's opinion
However, Ms chaffinch indicated to be very
careful with this driver — she did not feel
the driver acted appropriately.

— Driver counseled by trans. Supervisor
and contractor — that in the future Refer
his concerns to contractor or supervisor
directly — Not to take matters into his
own hands.

—        's Grandfather insisted on a meeting
to confront the driver

②

continued

A meeting was Finally Set For June 8th At 8:45, in the Board Room.

_____'s Family did not wish to Attend.

Attending were Driver, Contractor (John Gundin), Mr. Salt, _____ , _____ -Grand Father And mother of _____

Again, _____'s Family wanted driver changed or Removed From Route. Contractor Mr. Saltarelli Stated Route was Reversed and girls were not in position to be Left Alone with driver.

Assurance was given this would not happen again And driver would instead go directly to contractor/Supervisor when he overheard anything that would be detrimental to Any of his bus Students.

After _____ 's mother Angrily Left meeting And _____ 's Father had Left meeting. As a post-meeting Driver was Again Counseled that driver can not make this kind of mistake Again, And that he is interfereing too much into Lives of his bus Students. Also, something Like this can Never happen again.

(3)

continued

Several months Later — And A new school
year. ~~~~~~~~~~~ IT is believed the
Students in (first incident) question, Seldom were Riding the
bus.

Out of A clear blue sky — we
Receive word the driver had used "text
Messaging" to contact a Student (Female Student
in the 8th grade.) Initially, A call
was Received indicating daughter had
Received 4 Messages while At School,

Received A Message From Associate Principal
Kim Simmons that this had taken place.

Apparently the driver (According to 8th grade
Female Student had ~~~~~ Asked For Student's
Cellular telephone # in case something was
wrong or that driver had to get in touch
with girl's parents. (Note: drivers are provided
with telephone numbers of Students Anyway)
— Memo From Ms Simmons is included
here Exhibit A

S051

/4/

# MEDICAL EXAMINATION REPORT FOR COMMERCIAL DRIVER FITNESS DETERMINATION (INSTRUCTIONS ON 4TH COPY) PAGE 1

## 1. DRIVER'S INFORMATION DRIVER COMPLETES THIS SECTION

DRIVER'S NAME (LAST, FIRST, MIDDLE): **DISMORE FRANK S**

SOCIAL SECURITY NO.: — — —

BIRTHDATE: M D Y

AGE: **48**

SEX: ☒ M ☐ F

☒ NEW CERTIFICATION
☐ RECERTIFICATION
☐ FOLLOW UP

DATE OF EX: **9 9 /**

ADDRESS: **1 CROSSGATE DR.**

CITY: **SEAFORD**
STATE: **DEL.**
ZIP CODE: **19973**

WORK TELEPHONE:

HOME TELEPHONE: **629-4956**

DRIVER LICENSE NO.:

LICENSE CLASS: ☐ A ☐ C ☒ B ☐ D ☐ OTHER

STATE ISSUE: **DE**

## 2. HEALTH HISTORY DRIVER COMPLETES THIS SECTION, BUT MEDICAL EXAMINER IS ENCOURAGED TO DISCUSS WITH DRIVER.

| Yes No | |
|---|---|
| ☐ ☒ | Any illness or injury in last 5 years? |
| ☐ ☒ | Head/Brain injuries, disorders or illnesses |
| ☐ ☒ | Seizures, epilepsy |
| ☐ ☐ | Medication _____ |
| ☐ ☒ | Eye disorders or impaired vision (except corrective lenses) |
| ☐ ☒ | Ear disorders, loss of hearing or balance |
| ☐ ☒ | Heart disease or heart attack; other cardiovascular condition |
| ☐ ☐ | Medication _____ |
| ☐ ☒ | Heart surgery (valve replacement/bypass, angioplasty, pacemaker) |
| ☐ ☒ | High blood pressure  Medication _____ |
| ☐ ☒ | Shortness of breath |

| Yes No | |
|---|---|
| ☐ ☒ | Lung disease, emphysema, asthma, chronic bronchitis |
| ☐ ☒ | Kidney disease, dialysis |
| ☐ ☒ | Liver disease |
| ☐ ☒ | Digestive problems |
| ☐ ☒ | Diabetes or elevated blood sugar controlled by: |
| | ☐ Diet |
| | ☐ Pills |
| | ☐ Insulin |
| ☐ ☒ | Nervous or psychiatric disorders, e.g., severe depression |
| ☒ | Medication _STRATTERA_ |
| ☐ | Loss of, or altered consciousness |

| Yes No | |
|---|---|
| ☐ ☒ | Fainting, dizziness |
| ☐ ☒ | Sleep disorders, pauses in breathing while asleep, daytime sleepiness, loud snoring |
| ☐ ☒ | Stroke or paralysis |
| ☐ ☒ | Missing or impaired hand, arm, foot, leg, finger, toe |
| ☐ ☒ | Spinal injury or disease |
| ☐ ☒ | Chronic low back pain |
| ☐ ☒ | Regular, frequent alcohol use |
| ☐ ☒ | Narcotic or habit forming drug use |
| ☐ ☒ | Muscular disease |

For any YES answer, indicate onset date, diagnosis, treating physician's name and address, and any current limitation.
List all medications (including over-the-counter medications) used regularly or recently.

### MUST BE READ AND SIGNED BY DRIVER

I certify that the above information is complete and true. I understand that inaccurate, false or missing information may invalidate the examination and my Medical Examiner's Certificate.

DATE: **9 9 04**

DRIVER'S SIGNATURE: _Frank S. Dismore_

### MEDICAL EXAMINER'S COMMENTS ON HEALTH HISTORY

The medical examiner must review and discuss with the driver any "yes" answers and potential hazards of medications, including the over-the counter medications, while driving.

S052

# TESTING (Medical Examiner completes Sections 3 through 7)

## 3. VISION

STANDARD: At least 20/40 acuity (Snellen) in each eye with or without correction. At least 70° peripheral in horizontal meridian measured in each eye. The use of corrective lenses should be noted on the Medical Examiner's Certifica

INSTRUCTIONS: When other than the Snellen chart is used, give test results in Snellen-comparable values. In recording distance vision, use 20 feet as normal. Report visual acuity as a ratio with 20 as numerator an the smaller type read at 20 feet as denominator. If the applicant wears corrective lenses, these should be worn while visual acuity is being tested. If the driver habitually wears contact lenses, or intends to do so whil driving, sufficient evidence of good tolerance and adaptation to their use must be obvious. Monocular drivers are not qualified.

**NUMERICAL READINGS MUST BE PROVIDED.**

| ACUITY | UNCORRECTED | CORRECTED | HORIZONTAL FIELD OF VISION | |
|---|---|---|---|---|
| Right Eye | 20/ | 20/ **20** | Right Eye | ° |
| Left Eye | 20/ | 20/ **20** | Left Eye | ° |
| Both Eyes | 20/ | 20/ | | ° |

Applicant can recognize and distinguish among traffic control signals and devices showing standard red, green, and amber colors? ☒ Yes ☐

Applicant meets visual acuity requirement only when wearing ☐ Corrective Lens

Monocular Vision: ☐ Yes ☐ No

Complete next line only if vision testing is done by an ophthalmologist or optometrist

| DATE | NAME OF OPHTHALMOLOGIST OR OPTOMETRIST (PRINT) | TELEPHONE NO. | LICENSE NO. | STATE OF ISSUE | SIGNATURE |
|---|---|---|---|---|---|
| | | | | | |

## 4. HEARING

STANDARD: A) Must first perceive forced whispered voice ≥ 5 ft.,with or without hearing aid, or b) average hearing loss in better ear ≤ 40 dB
☐ Check if hearing aid used for tests. ☐ Check if hearing aid required to meet standard.

INSTRUCTIONS: To convert audiometric test results from ISO to ANSI, -14 dB from ISO for 500 Hz, -10dB for 1,000 Hz, -8.5 dB for 2,000 Hz. To average, add the readings for 3 frequencies tested and divide by

**NUMERICAL READINGS MUST BE RECORDED.**

| | Right Ear Feet | Left Ear Feet | | Right Ear | | | Left Ear | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 500 Hz | 1000 Hz | 2000 Hz | 500 Hz | 1000 Hz | 2000 Hz |
| a) Record distance from individual at which forced whispered voice can first be heard. | | | b) If audiometer is used, record hearing loss in decibels. (acc. to ANSI Z24.5-1951) | | | | | | |
| | | | Average: | | | | Average: | | |

## 5. BLOOD PRESSURE / PULSE RATE

NUMERICAL READINGS MUST BE RECORDED.

| Blood Pressure | Systolic | Diastolic |
|---|---|---|
| | 142 | 86 |

Driver qualified if ≤ 160/90 on initial exam

| Pulse Rate | 68 | ☑ Regular ☐ Irregular |
|---|---|---|

### GUIDELINES FOR BLOOD PRESSURE EVALUATION

| On Initial exam | | Within 3 Months | | Certify |
|---|---|---|---|---|
| If 161-180 and/or 91-104, Qualify 3 mos. only | → | If ≤ 160 and / or 90, Qualify for 1 yr. Document Rx & control the 3rd month | → | Annually if acceptable BP is maintained |
| If > 180 and/or 104, not qualified until reduced to < 161/105. Then qualify for 3 mos. only | → | If ≤ 160 and / or 90, Qualify for 6 mos Document Rx & control the 3rd month | → | Biannually |

Medical examiner should take at least 2 readings to confirm blood pressure.

## 6. LABORATORY AND OTHER TEST FINDINGS

NUMERICAL READINGS MUST BE RECORDED.

Urinalysis is required. Protein, blood or sugar in the urine may be indication for further testing to rule out any underlying medical problem.

OTHER TESTING (Describe and record)

| URINE SPECIMEN | SP. GR. | PROTEIN | BLOOD | SUGAR |
|---|---|---|---|---|
| | 1.015 | e | e | e |

## 7. PHYSICAL EXAMINATION

Height 78½ (in.)   Weight 269 (lbs)

The presence of a certain condition may not necessarily disqualify a driver, particularly if the condition is controlled adequately, is not likely to worsen or is readily amenable to treatment. Even if a condition does not disqualify a driver, the medical examiner may consider deferring the driver temporarily. Also, the driver should be advised to take the necessary steps to correct the condition as soon as possible particularly if the condition, if neglected, could result in more serious illness that might affect driving. Check YES if there are any abnormalities. Check NO if the body system is normal. Discuss any YES answers in detail in the space below, and indicate whether it would affect the driver's ability to operate a commercial motor vehicle safely. Enter applicable item number before each comment. If organic disease is present, note that it has been compensated for. See Instructions to the Medical Examiner for guidance.

| BODY SYSTEM | CHECK FOR: | YES* | NO | BODY SYSTEM | CHECK FOR: | YES* | NO |
|---|---|---|---|---|---|---|---|
| 1. General Appearance | Marked overweight, tremor, signs of alcoholism, problem drinking, or drug abuse. | | ✓ | 7. Abdomen and Viscera | Enlarged liver, enlarged spleen, masses, bruits, hernia, significant abdominal wall muscle weakness. | | ✓ |
| 2. Eyes | Pupillary equality, reaction to light, accommodation, ocular motility, ocular muscle imbalance, extraocular movement, nystagmus, exophthalmos, strabismus uncorrected by corrective lenses, retinopathy, cataracts, aphakia, glaucoma, macular degeneration. | | ✓ | 8. Vascular system | Abdominal pulse and amplitude, carotid or arterial bruits, varicose veins. | | ✓ |
| | | | | 9. Genito-urinary system | Hernias. | | ✓ |
| 3. Ears | Middle ear disease, occlusion of external canal, perforated eardrums. | | | 10. Extremities - Limb impaired. Driver may be subject to SPE certificate if otherwise qualified. | Loss or impairment of leg, foot, toe, arm, hand, finger. Perceptible limp, deformities, atrophy, weakness, paralysis, clubbing, edema, hypotonia. Insufficient grasp and prehension in upper limb to maintain steering wheel grip. Insufficient mobility and strength in lower limb to operate pedals properly. | | ✓ |
| 4. Mouth and Throat | Irremediable deformities likely to interfere with breathing or swallowing. | | | 11. Spine, other musculoskeletal | Previous surgery, deformities, limitation of motion, tenderness. | | ✓ |
| 5. Heart | Murmurs, extra sounds, enlarged heart, pacemaker. | | ✓ | 12. Neurological | Impaired equilibrium, coordination or speech pattern; paresthesia, asymmetric deep tendon reflexes, sensory or positional abnormalities, abnormal patellar and Babinski's reflexes, ataxia. | | ✓ |
| 6. Lungs and chest, not including breast examination. | Abnormal chest wall expansion, abnormal respiratory rate, abnormal breath sounds including wheezes or alveolar rales, impaired respiratory function, dyspnea, cyanosis. Abnormal findings on physical exam may require further testing such as pulmonary tests and/or xray of chest. | | ✓ | | | | |

S053

COMMENTS:

## MEDICAL EXAMINER'S CERTIFICATE. SEE INSTRUCTIONS TO THE MEDICAL EXAMINER FOR GUIDANCE.

☐ I certify that I have examined the driver named on page one in accordance with the Federal Motor Carrier Safety Regulations (49 CFR 391.41-391.49) and with knowledge of the driving duties, I find this person is qualified for 2 year certificate, and, if applicable, only when:
☑ Wearing corrective lenses  ☐ Wearing hearing aid  ☐ Driving within an exempt intracity zone (49 CFR 391.62)
☐ Accompanied by a Skill Performance Evaluation Certificate (SPE)  ☐ Qualified by operation of 49 CFR 391.64
☐ Accompanied by a _____ waiver / exemption

☐ Does not meet standards
☐ Meets standards, but periodic evaluation required.
Due to _____  driver qualified only for:
☐ 3 months  ☐ 6 months  ☐ 1 year  ☐ Other
☐ Temporarily disqualified due to (condition or medication): _____
Return to medical examiner's office for follow up on ___/___/___

MEDICAL CERTIFICATE EXPIRATION DATE 9/23/06

SIGNATURE OF MEDICAL EXAMINER

MEDICAL EXAMINER'S NAME (PRINT)  DARIUS J. SYPEK  MD
☐ MD  ☐ DO  ☐ CHIROPRACTOR  ☐ PHYSICIAN ASSISTANT  ☐ ADVANCED PRACTICE NURSE

| C1-0003229 | DE | 1350 Middleford Rd, Seaford | 628-4370 | 9/23/04 |
|---|---|---|---|---|
| MEDICAL EXAMINER'S LICENSE OR CERTIFICATE NO. | ISSUING STATE | ADDRESS | TELEPHONE NO. | DATE |

| | | | | |
|---|---|---|---|---|
| SIGNATURE OF DRIVER | | ADDRESS | DRIVER'S LICENSE NO. | STATE |

If meets standards, complete a Medical Examiner's Certificate according to 49 CFR 391.43 (h). (Driver must carry certificate when operating a commercial vehicle.)

The purpose of the physical examination is to detect the presence of physical and/or mental defects of such a character and extent as to affect the applicant's ability to safely perform the required duties of a school bus driver in normal and/or emergency circumstances. (The bus driver's duties are listed below.) Defects that are recorded, which do not, because of their character or degree, indicate that a certificate of physical fitness be denied. The TB screening is required every 5 years.

The following shall be the minimum requirements for passing a school bus driver physical examination:

1. VISION
   a. 20/40 combined vision, corrected and uncorrected, both eyes; however, if the vision can be corrected to 20/20, correction is required.

   b. 20/50 vision, minimum of 20/50 vision in the poorer eye.

   c. 140 degree field of vision, bilaterally. If there is any suggestion of field defect, the driver shall have the right to be examined by a qualified eye physician using equipment designed to measure field defects in both the horizontal and vertical meridians.

   d. Sufficient color perception so as not to hinder the driver's recognition of official traffic control devices, including traffic signals. The driver shall be able to distinguish among, but not necessarily name, the colors red, yellow, and green.

2. HEARING- Must be capable of hearing a whispered voice at a distance of 20 feet with or without a hearing aid. Where there is doubt, the applicant shall be required to have an audiometer-hearing test (capable of hearing 25 dBHL at 500, 1000, 2000, and 4000 Hz).

3. No established medical history or clinical diagnosis of:
   a. Diabetes mellitus requiring use of insulin or any other hypoglycemia medication.

   b. Myocardial infarction, angina pectoris, coronary insufficiency.

   c. Any other form of cardiovascular disease, including hypertension, with syncope, dyspnea, loss of consciousness, collapse, or congestive failure.
      (A waiver for a, b, and c will be acceptable from the **family physician** if the individual has been free of symptoms or well-controlled for one year.)

   c. Respiratory dysfunction likely to interfere with the ability to control and safely operate a school bus.

   d. Rheumatic, arthritic, orthopedic, muscular or neuromuscular disease likely to interfere with the ability to control and safely operate a school bus.

   e. Epilepsy or other condition which may cause momentary lapses in consciousness.

   f. Any other condition which in the opinion of the examining physician could interfere with the ability to drive a school bus safely.

4. No mental, nervous, organic or emotional problem, which could render the driver irrational in dealing with children or interfere with the ability to control and safely operate a school bus.

5. No current diagnosis of alcoholism or drug abuse.

6. No loss or impairment of use of any foot, leg, arm, hand, fingers or thumb, and no other defect or limitation likely to interfere with the ability of the person to control and safely operate a school bus. In case of hand deformities, note particularly whether or not sufficient grip is present to enable driver to secure a grip on the wheel.

7. No type of tuberculosis in a communicable stage.                    S054

## THE DUTIES OF A SCHOOL BUS DRIVER

1. Operate the vehicle in a safe and efficient manner.

2. Conduct pre-trip and post-trip checks on the vehicle and its special equipment to determine if there is sufficient fuel supply and if equipment such as steering gear, brakes, tires, etc. are in good working condition.

3. Meet emergency situations in accordance with standard operating procedures (assist in safe evacuation).

4. Maintain discipline on the bus and report cases of disobedience or misconduct to the proper school officials.

---

Driver Name  DUNORS  FRANK  J                 Present Medications  STRATTERA           TB Test  N/A
             Last      First   M.I.   Driver License No./State                                    Date/Result

I certify that I have on this date examined the above named driver in accordance with the Department of Education Rules and Regulations which relate to the physical qualifications of School Bus Driver and with knowledge of the duties prescribed. I find the person qualified under said Rules and Regulations.

___X___ Qualified only when wearing corrective lenses.    _____ Qualified only when operating with hearing aid.

SYPEK   DARIUS  J              C1-0003229
* Medical Examiner (Print)  Last   First  M.I.    License or Certificate No.          Signature of Medical Examiner

                                                                                     Date: __9/23/0__

* Doctors of medicine, doctors of osteopathy, physician assistants, and advance practice nurses

DOCUMENT NO. 95-01A,
9/18/00

## REGISTRATION FOR SCHOOL BUS DRIVER TRAINING CLASS

Name _FRANK  DESMORE_____ Phone No. _(302) 629- 4956_ Birthdate _6____

Address _1 CROSSGATE  DR___ City _SEAFORD____ State _DEL_ Zip _19973___

Employer _John  GUIDRY___ Driver's License Number _____

District _SEAFORD_____ Social Security Number  _____

Signature _____ Class Dates _5/20/03_    _5/21/03___

---

### *This Section To Be Completed By Trainer*

- ☑ Registration and Introduction to School Buses
- ☑ Motor vehicle Laws & State
- ☑ Defensive Driving
- ☑ School Bus Emergencies
- ☑ First Aid
- ☑ Child Behavior
- ☐ Physical
- ☐ Affidavit
- ☐ TB Test
- ☑ Fingerprints
- ☑ Drug Training
- ☐ Drug Testing

### *Driver Disposition*

Test         Pass _✓_  Fail ____  Date _5--21-03_
Retest       Pass ____  Fail ____  Date ____
Yellow Card _____
Completed _____

_____
Transportation Supervisor Signature

**Transportation Supervisors**
Marge Peck-644-7900-Cape
John Mitchell-436-1000-IR
Tom Fitzgerald-875-6155-Laurel
Larry Saltarelli-629-6152-Seaford
Ken Becker –856-0961-Sussex Tech
Barry Cooper-349-1421-Woodbridge
Jay Green-846-9544-Delmar

S055

9/6/01

# DRIVER'S RECEIPT

I acknowledge receipt of Keller's *Drug & Alcohol Testing: Training and Awareness Driver Handbook* containing the following awareness topics:

- Introduction
- Abbreviations
- Definitions
- Who is Covered by the Drug and Alcohol Regulations?
- What is a Safety-sensitive Function?
- What Tests are Required and When Will I Be Tested?

  Pre-employment
  Post-accident
  Random
  Reasonable Suspicion
  Return-to-duty and Follow-up

- What Happens if I Refuse to Be Tested?
- How is Drug and Alcohol Testing Performed?
- What are the Consequences of Violating the Drug and Alcohol Prohibitions?
- Where Can I Go for Help?
- What are the Effects of Drugs and Alcohol on the Body?

S056



_____  Frank Dismore  5/20/03
Driver's Signature                      Date

John Gurley                             Company

_____  S. 20-03
Facilitator's Signature                 Date

Indian River School District
Company

**PRE-SERVICE**
**SCHOOL BUS DRIVER TRAINING**
**ANSWER SHEET**

**REVIEW QUESTIONS**

NAME _FRANK  DISMORE_                     TEST RESULTS ___(S)___ U

DATE _5/2/03_                    CLASS LOCATION _GEORGETOWN_



1.  ○ ● ○ ○
2.  ○ ○ ● ○
3.  ○ ○ ○ ●
4.  ○ ● ○ ○
5.  ○ ● ○ ○
6.  ○ ○ ○ ●
7.  ○ ○ ○ ●
8.  ● ○ ○ ○
9.  ○ ○ ● ○
10. ● ○ ○ ○
11. ○ ● ○ ○
(12.) ○ ● ● ○
13. ○ ○ ● ○
14. ○ ○ ○ ●
15. ○ ○ ● ○
16. ○ ○ ● ○
17. ○ ● ○ ○
(18.) ○ ○ ● ✗
19. ● ○ ○ ○
20. ○ ○ ○ ●

21. ● ○
22. ● ○
23. ● ○
24. ● ○
25. ● ○
26. ○ ●
(27.) ● ✗
28. ● ○
29. ○ ●
30. ○ ●

S057

A-8

Check if re-test _27_

Total correct _27_

# DELAWARE SCHOOL BUS DRIVER PHYSICAL EXAMINATION

Date: _7/1/03_   ☐ Annual Physical   ☑ First Time Physical (Tuberculin Test Required)

Print Name: _DISMORE_   _FRANK_   _S_
             Last        First        M.I.

Driver License No. _____   State _DEL_

Current Address: _1 CROSS GATE DR,_
                  Street

Social Security No. _____   Birth Date _____

_SEAFORD_   _DEL_   _19973_   _(302) 629-4956_
City          State    Zip     Phone Number

## Part I — MEDICAL HISTORY
(To be completed by applicant prior to physical examination)

| No | Illness, Disability, Etc. | Yes | If Yes, Give Diagnosis, Frequency, Extent and Severity | Date |
|---|---|---|---|---|
| | Neurological condition | | | |
| | Seizure or other alteration of consciousness | | | |
| | Head or spinal injury or illness | | | |
| | Psychiatric disorder | | | |
| | Acute or chronic eye disease | | | |
| | Chronic lung or respiratory disease | | | |
| | Tuberculosis | | | |
| | Cardiovascular disease | | | |
| | High blood pressure | | | |
| | Gastrointestinal disorder | | | |
| | Diabetes | | | |
| | Asthma or other severe allergies | | | |
| | Impairment or limitation of use of limbs | | | |
| | Kidney disease | | | |
| | Present medications | | | |
| | Recent weight loss or weight gain | | | |
| | Other | | | |

I certify that all the above information is true and correct: Applicant _____   Physician Review _____

## Part II — PHYSICAL EXAMINATION

The purpose of the physical examination is to detect the presence of physical and/or mental defects of such a character and extent as to affect the applicant's ability to safely perform the required duties of a school bus driver in normal and/or emergency circumstances. (The bus driver's duties are listed on the next page.) Defects may be recorded, which do not, because of their character or degree, indicate that a certificate of physical fitness be denied. The TB screening is required every 5 years.

General Appearance: _Fair_   Height _76"_   Weight _275_

VISION: (Distance) Right 20/_40_   Left 20/_40_   Without Glasses _____ With Glasses

Color Vision _C-N/C_   Horizontal Field of Vision _N/L_   Right _90._   Left _90._

HEARING: (Twenty feet)   Right Ear _20_/20   Left Ear _20_/20   Disease or Injury _Ø_

THORAX: Heart (Murmurs) _Ø_   Lungs _Clear_

Blood Pressure _130/60_ (Sitting)   Pulse: Before exercise _88_ (Rate & Rhythm)   Two minutes after exercise _92_ (Rate & Rhythm)

ABDOMEN: Abnormal masses _Ø_ Tenderness _Ø_ Hernia: Yes _____ No _✓_ Where? _____

REFLEXES:   Upper Extremities: Normal _✓_ Abnormal _____   Lower Extremities: Normal _✓_ Abnormal _____

EXTREMITIES (Limitations): Upper _Ø_   Lower _Ø_   Spine _Ø_

LABORATORY FINDINGS: (Urine) Spec. Gr. _1.010_   Albumin _(−)_   Sugar _(−)_   Tuberculin Test _applied 7/1/03_  Date/Result

**(OVER)**

S058

The following shall be the minimum requirements for passing a school bus driver physical examination:

1. **VISION**

   a. 20/40 combined vision, corrected and uncorrected, both eyes; however, if the vision can be corrected to 20/20, correction is required.

   b. 20/50 vision, minimum of 20/50 vision in the poorer eye.

   c. 140 degree field of vision, bilaterally. If there is any suggestion of field defect, the driver shall have the right to be examined by a qualified eye physician using equipment designed to measure field defects in both the horizontal and vertical meridians.

   d. Sufficient color perception so as not to hinder the driver's recognition of official traffic control devices, including traffic signals. The driver shall be able to distinguish among, but not necessarily name, the colors red, yellow, and green.

2. **HEARING**

   Must be capable of hearing a whispered voice at a distance of 20 feet with or without a hearing aid. Where there is doubt, the applicant shall be required to have an audiometer-hearing test (capable of hearing 25 dBHL at 500, 1000, 2000, and 4000 Hz).

3. No established medical history or clinical diagnosis of:

   a. Diabetes mellitus requiring use of insulin or any other hypoglycemia medication.

   b. Myocardial infarction, angina pectoris, coronary insufficiency.

   c. Any other form of cardiovascular disease, including hypertension, with syncope, dyspnea, loss of consciousness, collapse, or congestive failure.
      (A waiver for a, b, and c will be acceptable from the family physician if the individual has been free of symptoms or well-controlled for one year.)

   c. Respiratory dysfunction likely to interfere with the ability to control and safely operate a school bus.

   d. Rheumatic, arthritic, orthopedic, muscular or neuromuscular disease likely to interfere with the ability to control and safely operate a school bus.

   e. Epilepsy or other condition which may cause momentary lapses in consciousness.

   f. Any other condition which in the opinion of the examining physician could interfere with the ability to drive a school bus safely.

4. No mental, nervous, organic or emotional problem, which could render the driver irrational in dealing with children or interfere with the ability to control and safely operate a school bus.

5. No current diagnosis of alcoholism or drug abuse.

6. No loss or impairment of use of any foot, leg, arm, hand, fingers or thumb, and no other defect or limitation likely to interfere with the ability of the person to control and safely operate a school bus. In case of hand deformities, note particularly whether or not sufficient grip is present to enable driver to secure a grip on the wheel.

7. No type of tuberculosis in a communicable stage.

### THE DUTIES OF A SCHOOL BUS DRIVER

1. Operate the vehicle in a safe and efficient manner.

2. Conduct pre-trip and post-trip checks on the vehicle and its special equipment to determine if there is sufficient fuel supply and if equipment such as steering gear, brakes, tires, etc. are in good working condition.

3. Meet emergency situations in accordance with standard operating procedures (assist in safe evacuation).

4. Maintain discipline on the bus and report cases of disobedience or misconduct to the proper school officials.

I certify that I have on this date examined the above named driver in accordance with the State Board of Education Rules and Regulations which relate to the physical qualifications of School Bus Driver and with knowledge of the duties prescribed. I find the person qualified under said Rules and Regulations.

_____ Qualified only when wearing corrective lenses.        _____ Qualified only when operating with hearing aid.

Hass Marilu P                                (6-189          Marilu P. Hendrhill
**Medical Examiner (Print)**  Last    First    M.I.        License or Certificate No.        Signature of Medical Examiner

Date: 7/1/03

* Doctors of medicine, doctors of osteopathy, physician assistants, and advance practice nurses.

DOCUMENT NO. 95-01/86/04/04
Revised 9/18/00

The following shall be the minimum requirements for passing a school bus driver physical examination:

1.  **VISION**

    a.  20/40 combined vision, corrected and uncorrected, both eyes; however, if the vision can be corrected to 20/20, correction is required.

    b.  20/50 vision, minimum of 20/50 vision in the poorer eye.

    c.  140 degree field of vision, bilaterally.  If there is any suggestion of field defect, the driver shall have the right to be examined by a qualified eye physician using equipment designed to measure field defects in both the horizontal and vertical meridians.

    d.  Sufficient color perception so as not to hinder the driver's recognition of official traffic control devices, including traffic signals.  The driver shall be able to distinguish among, but not necessarily name, the colors red, yellow, and green.

2.  **HEARING**

    Must be capable of hearing a whispered voice at a distance of 20 feet with or without a hearing aid. Where there is doubt, the applicant shall be required to have an audiometer-hearing test (capable of hearing  25 dBHL at 500, 1000, 2000, and 4000 Hz).

3.  No established medical history or clinical diagnosis of:

    a.  Diabetes mellitus requiring use of insulin or any other hypoglycemia medication.

    b.  Myocardial infarction, angina pectoris, coronary insufficiency.

    c.  Any other form of cardiovascular disease, including hypertension, with syncope, dyspnea, loss of consciousness, collapse, or congestive failure.
        (A waiver for a, b, and c will be acceptable from the family physician if the individual has been free of symptoms or well-controlled for one year.)

    c.  Respiratory dysfunction likely to interfere with the ability to control and safely operate a school bus.

    d.  Rheumatic, arthritic, orthopedic, muscular or neuromuscular disease likely to interfere with the ability to control  and safely operate a school bus.

    e.  Epilepsy or other condition which may cause momentary lapses in consciousness.

    f.  Any other condition which in the opinion of the examining physician could interfere with the ability to drive a school bus safely.

4.  No mental, nervous, organic or emotional problem, which could render the driver irrational in dealing with children or interfere with the ability to control and safely operate a school bus.

5.  No current diagnosis of alcoholism or drug abuse.

6.  No loss or impairment of use of any foot, leg, arm, hand, fingers or thumb, and no other defect or limitation likely to interfere with the ability of the person to control and safely operate a school bus. In case of hand deformities, note particularly whether or not sufficient grip is present to enable driver to secure a grip on the wheel.

7.  No type of tuberculosis in a communicable stage.

### THE DUTIES OF A SCHOOL BUS DRIVER

1.  Operate the vehicle in a safe and efficient manner.

2.  Conduct pre-trip and post-trip checks on the vehicle and its special equipment to determine if there is sufficient fuel supply and if equipment such as steering gear, brakes, tires, etc. are in good working condition.

3.  Meet emergency situations in accordance with standard operating procedures (assist in safe evacuation).

4.  Maintain discipline on the bus and report cases of disobedience or misconduct to the proper school officials.

I certify that I have on this date examined the above named driver in accordance with the State Board of Education Rules and Regulations which relate to the physical qualifications of School Bus Driver and with knowledge of the duties prescribed. I find the person qualified under said Rules and Regulations.

X   Qualified only when wearing corrective lenses.    _____  Qualified only when operating with hearing aid.

_Hess  Marilyn  P_
* Medical Examiner (Print)  Last    First    M.I.

_C6-189_
License or Certificate No.

_Marilyn P. Hess MD_
Signature of Medical Examiner

Date:  _7/1/03_

* Doctors of medicine, doctors of osteopathy, physician assistants, and advance practice nurses.

DOCUMENT NO. 95-01/86/04/04
Revised 9/18/00

# SCHOOL BUS DRIVER DOT PHYSICAL ADDENDUM FORM

The purpose of the physical examination is to detect the presence of physical and/or mental defects of such a character and extent as to affect the applicant's ability to safely perform the required duties of a school bus driver in normal and/or emergency circumstances. (The bus driver's duties are listed below.) Defects may be recorded, which do not, because of their character or degree, indicate that a certificate of physical fitness is denied. The TB screening is required every 5 years.

The following shall be the minimum requirements for passing a school bus driver physical examination:

1. VISION

   a. 20/40 combined vision, corrected and uncorrected, both eyes; however, if the vision can be corrected to 20/20, correction is required.

   b. 20/50 vision, minimum of 20/50 vision in the poorer eye.

   c. 140 degree field of vision, bilaterally. If there is any suggestion of field defect, the driver shall have the right to be examined by a qualified eye physician using equipment designed to measure field defects in both the horizontal and vertical meridians.

   d. Sufficient color perception so as not to hinder the driver's recognition of official traffic control devices, including traffic signals. The driver shall be able to distinguish among, but not necessarily name, the colors red, yellow, and green.

2. HEARING- Must be capable of hearing a whispered voice at a distance of 20 feet with or without a hearing aid. Where there is doubt, the applicant shall be required to have an audiometer-hearing test (capable of hearing 25 dBHL at 500, 1000, 2000, and 4000 Hz).

3. No established medical history or clinical diagnosis of:

   a. Diabetes mellitus requiring use of insulin or any other hypoglycemia medication.

   b. Myocardial infarction, angina pectoris, coronary insufficiency.

   c. Any other form of cardiovascular disease, including hypertension, with syncope, dyspnea, loss of consciousness, collapse, or congestive failure.
   (A waiver for a, b, and c will be acceptable from the family physician if the individual has been free of symptoms or well-controlled for one year.)

   c. Respiratory dysfunction likely to interfere with the ability to control and safely operate a school bus.

   d. Rheumatic, arthritic, orthopedic, muscular or neuromuscular disease likely to interfere with the ability to control and safely operate a school bus.

   e. Epilepsy or other condition which may cause momentary lapses in consciousness.

   f. Any other condition which in the opinion of the examining physician could interfere with the ability to drive a school bus safely.

4. No mental, nervous, organic or emotional problem, which could render the driver irrational in dealing with children or interfere with the ability to control and safely operate a school bus.

5. No current diagnosis of alcoholism or drug abuse.

6. No loss or impairment of use of any foot, leg, arm, hand, fingers or thumb, and no other defect or limitation likely to interfere with the ability of the person to control and safely operate a school bus. In case of hand deformities, note particularly whether or not sufficient grip is present to enable driver to secure a grip on the wheel.

7. No type of tuberculosis in a communicable stage.                                    S061

## THE DUTIES OF A SCHOOL BUS DRIVER

1. Operate the vehicle in a safe and efficient manner.

2. Conduct pre-trip and post-trip checks on the vehicle and its special equipment to determine if there is sufficient fuel supply and if equipment such as steering gear, brakes, tires, etc. are in good working condition.

3. Meet emergency situations in accordance with standard operating procedures (assist in safe evacuation).

4. Maintain discipline on the bus and report cases of disobedience or misconduct to the proper school officials.

---

Driver Name _DISMORE PAANTS J._  • Present Medications _____ TB Test _7/1/03_ ✓mn
   Last    First   M.I.   Driver License No./State                                                             Date/Result

I certify that I have on this date examined the above named driver in accordance with the Department of Education Rules and Regulations which relate to the physical qualifications of School Bus Driver and with knowledge of the duties prescribed. I find the person qualified under said Rules and Regulations.

          ☒ Qualified only when wearing corrective lenses.      ☐ Qualified only when operating with hearing aid.

_Hess DRNR  Mo.l/n_               _C6-189_          _Marlyn P. Hese QRNR_
* Medical Examiner (Print) Last  First   M.I.      License or Certificate No.        Signature of Medical Examiner
                                                                        Date: _7/1/03_

* Doctors of medicine, doctors of osteopathy, physician assistants, and advance practice nurses

DOCUMENT NO. 95-01A,
9/18/00

# STATE OF DELAWARE

## SCHOOL BUS DRIVER APPLICANT

### AFFIDAVIT

COUNTY OF ___Sussex_____

Being an applicant for a school bus driver's license,

I, ___Frank  Dismone_____
being duly sworn, do depose and say that I have:

**Never have been convicted** of any of the following crimes under the laws of this State or of any other jurisdiction:

a.  Any crime constituting the manufacture, delivery or possession of a controlled substance or a counterfeit controlled substance classified as such in Schedule I, II, III, IV or V of Chapter 47 of Title 16;

b.  Any crime against a child;

c.  Any crime constituting a class A or B felony;

d.  Any crime constituting a felony homicide, including, but not limited to, murder, manslaughter and vehicular homicide;

e.  Any crime constituting a felony sexual offense;

f.  Any crime constituting a felony offense against public administration involving bribery, improper influence or abuse of office; or

g.  Any crime, other than those listed in this paragraph, constituting a felony for which I have not been pardoned or for which less than 5 years have passed since I fully discharged all imposed sentences. As used herein, the term "sentence" includes, but is not limited to, all periods of modification of a sentence, probation, parole or suspension, and all forms of fines, restitution or community service.

_____
**APPLICANT SIGNATURE**

**SIGNED AND SWORN TO before me, a notary public, this** _August_ **day of** ___4th_____ **20** 03 .

_____
Notary Public

SUSAN B. MESSICK
NOTARY PUBLIC
STATE OF DELAWARE
APPT. 3-7-2000
TERM 4 YEARS   Rev. 6/6/02

S062

## EDUCATION
## CHILD PROTECTION REGISTRY REQUEST FORM

**PART I. APPLICANT INFORMATION** (Please Print Clearly)

Name: DiSmore  OBSMORB    Frank  FRANK    Steglich  STEGLICH
            Last                First                Middle

Maiden or Previous Married Name(s): _____    License # _____

Social Security : _____    Date of Birth: _____    Sex: M    Race: W

Address: 1 CROSSGATE RD.    SEAFORD    DE    19973
              (Street)          (City)     (State)  (Zip)

Have you ever been involved in a substantiated case of child abuse or neglect? [ ] Yes [X] No
If Yes, explain _____

I hereby consent to the release of information concerning me from the Department of Services for Children, Youth and Their Families (DSCYF) records to my employer. I understand that my failure to disclose any information involving any substantiated case(s) of child abuse or neglect against me may be grounds for termination. I also understand that information acquired through this process and any subsequent investigated cases of child abuse or neglect will be used to determine my suitability for working with children.

Signature: _____    Date: 8/4/03

**PART II. FACILITY INFORMATION** - Request required for (Check Only One)

[✓] Public School    ___ Charter School    ___ Transportation    ___ Other Educational _____

Requesting Facility Name: BLANCHE + JOHN  GUNDRY

Address: 610 WOODLAND CHURCH ROAD, SEAFORD, DE, 19973
              (Street)          (City)          (State) (Zip)

Phone: (302)629-9872  Fax: (302)628-2666  Contact Person: BLANCHE GUNDRY or
                                                            JOHN GUNDRY

*************************************************************************
**DSCYF USE ONLY**

[✓] Applicant IS NOT listed in the child protection registry as "substantiated for abuse" or "substantiated for neglect".

___ Applicant IS listed in the child protection registry as "substantiated for abuse" or "substantiated for neglect".

Investigation Completion Date(s): _____    Case Number(s): _____

Reviewer: M. Diller    Date: 8/11/03

Return this request to:
DSCYF, Office of Child Care Licensing
Criminal History Unit
Phone: 302-892-5800  Fax: 302-633-5191

January 27, 2003

S063

 

**STATE DEPARTMENT OF EDUCATION**
**PUPIL TRANSPORTATION SECTION**
**Commercial Driver's License Fee Waiver**

TO:    Division of Motor Vehicles                  Date Issued: 8-4-03

SUBJECT:    CDL Fee Waiver for School Bus Drivers

Dishoore_____ Frank_____ S,_____
last name                      first                     middle

License No.: _____ Date of Birth _____ / _____

is exempt from the CDL fee only, as a qualified school bus driver for the State of Delaware. This form must be completed and presented to the Division of Motor Vehicles at the time the CDL is issued.

_____          _____
                    visor              Area Transportation Supervisor

Division of Motor Vehicles
Area Transp. Supervisor                     DOCUMENT NO. 95-01-90-08-03

S064

Form 325
(Rev. 6/03)

# The Family Court of the State of Delaware

For ☐ New Castle ☐ Kent ☒ Sussex County

## SUBPOENA

| PETITIONER | | RESPONDENT | PETITION NUMBER |
|---|---|---|---|
| In The Interest of<br><br>DOB- 4/13/96 | vs | | File No.<br>CS04-01308 |

TO:
Frank Dismore
C/O Seaford School Dist, Transpotation Office
390 N. Market Street
SeAFORD, DE 19973
         OR
1 Crossgate Dr.
Seaford, DE 19973

MATTER(S)

Re: CUstody

**TO ADDRESSEE:**   You are hereby commanded to appear personally at the address checked below on:

**DATE:** __March 8, 2005__   **TIME:** _10:00 A.M._   **BEFORE:** Judge Millman

☒ To testify  ☐ To give deposition in the above entitled proceeding  ☐ To produce the documentary evidence specified below. You are not released from this Subpoena until excused by the Court. If you fail to appear, a capias may be issued for your arrest.

**NAME, ADDRESS, AND TELEPHONE NO. OF REQUESTING PARTY OR ATTORNEY**
James S. Reichert, DAG
C/O Department of Justice
114 E. Market St.
Georgetown, DE 19947
(302) 856-5353, ext. 117

**WITNESS THE JUDGES of the Family Court of the State of Delaware,**

BY: _____   _____3/3/05_____   _Shelley Carter_
                                   DATE ISSUED              CLERK OF COURT

## BRING THIS SUBPOENA WITH YOU

========= REPORT TO =========

☐ 500 N. KING STREET
WILMINGTON, DE 19801
(302) 255-0300

☐ 400 COURT STREET
DOVER, DE 19901
(302) 739-6500

☒ 22 THE CIRCLE
GEORGETOWN, DE 19947
(302) 855-7400

S065

**ORIGINAL TO ADDRESSEE**

**STATE OF DELAWARE**
**DRIVING RECORD**

PAGE NO. 1

DATE 08 / 26 / 03

| NAME AND RESIDENTIAL ADDRESS | LICENSE NUMBER | LICENSE CLASS | | ENDORSEMENTS | |
|---|---|---|---|---|---|
| DISMORE FRANK STEGLICH<br>1 CROSSGATE DR<br>CROSSGATE VLG<br>SEAFORD       DE  19973 | | CDL CLASS B | | SQ | |

| MAILING ADDRESS | DATE OF BIRTH | SEX | EYES | HEIGHT | WEIGHT |
|---|---|---|---|---|---|
| | ,    , | M | BLU | 6 06 | 270 |

| LICENSE STATUS | ORIGINAL ISSUE DATE | CURR. LIC. ISSUED | LICENSE EXPIRES | RESTRICTIONS |
|---|---|---|---|---|
| PVT-VALID      CDL-VALID | 00 / 00 / 1900 | 08 / 21 / 2003 | 04 / 25 / 2006 | BL |

| VIOLATION / DEPARTMENTAL ACTION | DATE ACTION/ VIOLATION | REFERENCE NUMBER | COURT NO. | CMV | HAZ MAT | ACC | POINTS |
|---|---|---|---|---|---|---|---|
| LIC SURR/CA-A6917101 | 01/25/02 | | | | | | |
| CHANGE OF ADDRESS FROM LIC | 09/03/02 | | | | | | |
| PRIOR: 3209 COACHMAN RD | | | | | | | |
| SURREY PARK | | | | | | | |
| WILMINGTON 19803O000 | | | | | | | |
| CLASS CHG D TO CB | 08/05/03 | | | | | | |
| CDL ENDORSEMENT CHG: ----- TO Q---- | 08/05/03 | | | | | | |
| PVT ENDORSEMENT CHG: --- TO S-- | 08/21/03 | | | | | | |
| | | | | | | | |
| TOTAL POINTS | | | | | | | 000 |
| | | | | | | | |
| 998ECH 0000000P | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | S066 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**This Certifies That**

*Frank S. Dismore*

has completed a course of special
instruction in school bus driving and has
been approved by the Delaware State Board
of Education as a school bus driver.

**Driver's Certificate**

_Secretary of Education_

_State Supervisor of Pupil Transportation_

8-19-03
*Date of Issue*

_Area Transportation Supervisor_

this record.

E H

ware, in whose charge the above
driving record of the above
ficer having legal custody of

In testimony whereof, I have hereunto set my hand and
official seal of my office at Dover, Kent County, DE.

MOTOR VEHICLE DIVISION

Division of Motor Vehicles

S067





## The First State
LICENSE NUMBER                    SSN

LAST/FIRST/MI
DISMORE FRANK STEGLICH
1 CROSSGATE DR
CROSSGATE VLG
SEAFORD, DE 19973-0000

| BIRTHDATE | SEX | HGT | WGT | EYES |
|---|---|---|---|---|
| | M | 6 06 | 270 | BLU |

ISSUED     EXPIRES     DUPLICATE
08/21/2003   04/25/2006

RESTRICTIONS           ENDORSEMENTS
BL                        QS

DIRECTOR

Organ Donor

## TO BE COMPLETED BY THE DRIVER APPLICANT

### CHECKLIST OF ON BUS TRAINING
2 hours observation by the driver applicant
(See instructions for completion of form on reverse side)

√**Starting The Bus**
- Adjusts seat
- Checks mirrors
- Fastens seatbelt
- Checks parking brake
- Places gear shift in neutral
- N/A Disengages clutch
- Inserts key and starts engine
- Does not race engine
- Checks gauges
- Releases parking brake
- Places foot on brake pedal
- Places bus in appropriate gear
- Checks surrounding traffic
- Gives signal to enter traffic
- Enters traffic smoothly

√**Driving In Traffic**
- N/A Shifts gears
- N/A Downshifts gears
- Maintains proper speed
- Maintains proper following
  distance

√**Turning Right**
- Checks surrounding traffic
- Checks mirrors
- Gives right turn signal
- Moves to correct lane
- Observes traffic
- Reduces speed
- Checks for pedestrians
- Deactivates turn signal

√**Turning Left**
- Checks surrounding traffic
- Checks mirrors
- Gives left-turn signal
- Moves to correct lane
- Observes traffic
- Reduces speed
- Checks for pedestrians
- Deactivates turn signal

√**Backing**
- Checks surrounding traffic
- Checks mirrors
- Backs slowly and smoothly

√**Passing**
*Overtaking
- Checks surrounding traffic
- Signals left
- Moves to passing lane quickly
- Clears other vehicle
- Signals right
- Checks traffic
- Returns to right-hand lane
*Being Overtaken
- Stays in the right-hand lane
- Continues at a safe speed
- Allows overtaking vehicle to pass

√**Intersections**
- Approaches at a safe speed
- Observes surrounding traffic
- Gives right of way to all traffic
  and pedestrians
- Observes traffic signals and signs
- Crosses at a safe speed

√**Stopping**
- Checks surrounding traffic
- Gives signal
- Test brakes
- Stops smoothly

√**Turnaround**
- Gives signal
- Drives one length ahead of
  the road to be backed into
- Checks all traffic
- Backs into road safely

√**Railroad Crossings**
- Turns off master switch
- Activates emergency flashers
- Stops bus 15' to 50' from crossing
  (off road when possible)
- Opens service door, looks L-R-L
- Closes door before moving bus
- Crosses grade crossing in low gear
  without shifting
- Cancels emergency flashers
- Activates master switch

√**Pick-Up & Discharge of Pupils**
- Activate turn signal
- Activate yellow warning lights
  approx. 10 seconds before stop
- Stops, Opens door, Activates over-
  head flashing stoplights
- Places gear selector in "neutral"
- Holds service brake firm
- Crosses pupils using external P.A.
- Turns off overhead flashing stop
  lights before moving
- Observes traffic conditions to rear
- Activates proper directional signal

√**Securing Bus**
- Sets parking brake
- Shifts to low gear
- Checks instruments
- Turns off all electrical equipment
- Turns off ignition and removes key

S068

---

To be completed by Driver Applicant

John Gundry
**Driver Applicant's Employer**

**Driver Applicant's Signature**

To be completed by Driver Trainer

Davy B. Hay
**Driver Trainer's Signature**

**Driver Trainer's Employer**

8/13/03
Date or Dates this segment of training was completed

0467t/1

**INSTRUCTIONS TO NEW DRIVER APPLICANT**

**FOR COMPLETING FORM**

**ON REVERSE SIDE**

The new school bus driver applicant will, while riding on the bus observing the Certified Delaware School Bus Driver Trainer with children aboard, observe the tasks being performed by the certified driver trainer. For each task that the trainee observes, they are to put a check in front of that task. If the task is not performed, leave the task blank (example: if there is no turn around, leave that section blank).

When this section of the training is completed, the driver applicant and the certified driver trainer will sign the form and make it a permanent part of the trainee's file as evidence that this 2 hours is complete.

If you have questions, please do not hesitate to discuss them with your certified driver trainer.

S069

046

TO BE COMPLETED BY THE CERTIFIED DELAWARE SCHOOL BUS DRIVER TRAINER

CHECKLIST OF ON BUS TRAINING

2 hours of driving with applicant and certified Delaware School Bus Driver Trainer Without Children
(See instructions for completion of form on reverse side)

✓**Initial Start**
- ✓ Inserts key in ignition
- ✓ Positions or checks seat and mirrors, fastens lap belt
- ✓ Checks gear position, puts in N or P
- __ Disengages clutch
- ✓ Starts engine-pushes button or turns key, releases button, uses choke properly
- ✓ Warms up engine without racing
- ✓ Checks instruments & stop arm
- ✓ Observes conditions-traffic
- ✓ Releases holding brake
- ✓ Signals intent to pull out
- ✓ Waits if necessary
- ✓ Engages starting gear
- ✓ Go about 50', stop & check brakes
- ✓ Accelerates smoothly into traffic lane
- ✓ Moves to proper following distance, proper speed

✓**Intersections/Straightways**
- ✓ Approaches intersections at safe speed
- ✓ Maintains proper following distance
- ✓ Observes conditions-A,B,L-R-L traffic & pedestrians
- ✓ Yields right-of-way to pedestrians
- ✓ Obeys traffic signs,lights, officers
- ✓ Stops completely at rural and and blind intersections
- ✓ Before starting from stop, observes conditions A,B,L-R-L
- ✓ Crosses intersection at safe speed, staying in lane
- ✓ Does not cross until there is clearance on other side of the intersection

✓**Left Turn**
- ✓ Observes conditions, traffic & pedestrians
- ✓ Activates left turn signal
- ✓ Moves to left turn lane at safe distance from turn
- ✓ Re-activates left turn signal at not less than 300' from turn
- ✓ Reduces speed to safe level
- ✓ Observes conditions, A,B,L-R-L, traffic, pedestrians, stops if necessary
- ✓ Obeys traffic signs,signals,officers
- ✓ Turns when there is clearance in lane to be entered
- ✓ Turns smoothly, at safe speed, into correct lane of side street, clearing center line and other obstacles
- ✓ Deactivates left turn signal
- ✓ Observes conditions-A,B, traffic
- ✓ Activates right turn signal
- ✓ Moves to furthest right traffic lane
- ✓ Deactivates right turn signal
- ✓ Maintains proper following distance

✓**Railroad Crossings**
- ✓ Turns off master switch
- ✓ Activates emergency flashers
- ✓ Stops bus 15' to 50' from crossing (off road if possible)
- ✓ Opens service door-look L-R-L
- ✓ Closes service door
- ✓ Crosses grade without shifting
- ✓ Cancels emergency flashers
- ✓ Activate master switch

✓**Curves**
- ✓ Maintains proper following distance
- ✓ Observes conditions,A,B,traffic
- ✓ Decelerates before curve, downshifts if necessary
- ✓ Maintains safe speed through curve accelerating lightly
- ✓ Maintains correct position in lane

✓**Right Turn**
- ✓ Observes conditions, traffic & pedestrians
- ✓ Activates right turn signal
- ✓ Moves to right turn lane at safe distance from turn
- ✓ Re-activates right turn signal at not less than 300' from turn
- ✓ Reduces speed to safe level
- ✓ Observes conditions, A,B, L-R-L, traffic, pedestrians, stops if necessary
- ✓ Obeys traffic signs,signals,officer
- ✓ Turns when there is clearance in lane to be entered
- ✓ Turns smoothly, at safe speed, as far to left side street as necessary to clear obstacles
- ✓ Returns to right traffic lane immediately
- ✓ Deactivates right turn signal
- ✓ Maintains proper following distance

✓**Pick Up & Discharge of Pupils**
- ✓ Activates turn signal
- ✓ Activates yellow warning lights approx. 10 seconds before stop
- ✓ Stop smoothly off road when possible
- ✓ Stops and checks traffic before activating overhead flashing stop lights
- ✓ Places gear selector in Neutral and holds service brake
- ✓ Crosses pupils using external P.A.
- ✓ Turns off overhead flashing stop lights before moving
- ✓ Observes traffic conditions to rear
- ✓ Activates proper directional signal

✓**Backing/Straight**
- ✓ Stops bus in correct position to back
- ✓ Using mirrors, checks that way is clear to back
- ✓ Puts transmission in reverse
- ✓ Using mirrors, backs slowly and smoothly in a straight line

0467t/3

(CONTINUED)

**✓Hills/Stopping & Starting**
- Maintains proper following distance
- Applies brakes as needed
- Observes conditions A,B traffic
- Comes to full stop, at safe distance from vehicle or intersection ahead
- Shifts to N, holding bus on foot brake only
- Observes conditions A,B,L-R-L
- Shifts to a low gear
- Releases clutch to engage engine and accelerates without rolling back
- Releases foot brake and slowly accelerates
- Maintains proper following distance

**✓Hills/Shifting, Accelerating, Decelerating**
- Check brakes before beginning ascent or descent
- Shifts to a low gear
- Maintains safe speed
- Uses brakes as needed
- Does not shift while on hill

**✓Turn Around Using Backing**
(Bus in furthest right lane)
- ✓ Activates right turn signal
- ✓ Maintains slow speed
- ✓ Observes conditions A,B,L-R-L, traffic, pedestrians
- ✓ Slowly drives past turn-around area, stops
- ✓ Signals other drivers of intention to back, waits for clearance
- ✓ Observes conditions
- ✓ Backs slowly into turn around area, using mirrors
- ✓ Stops, observes conditions
- ✓ Signals intention to re-enter roadway
- ✓ When clear, re-enters road in right lane
- ✓ Maintains proper following distance
- ✓ Maintains safe speed

**✓Being Passed by Another Vehicle**
- ✓ Maintains proper following distance
- ✓ Observes conditions, A,B,traffic, vehicle preparing to pass
- ✓ Checks clearance on left side
- ✓ Maintains safe speed
- ✓ Observes conditions, A,B
- ✓ Adjusts following distance

**✓Overtaking & Passing Another Vehicle**
- Takes initiative only under safe conditions
- Maintains proper following distance
- Observes conditions A,B, traffic, road signs and markings
- Activates left turn signal
- When clear, pulls smoothly into passing lane
- Deactivates turn signal
- Moves smoothly past the vehicle at a safe speed
- Activates right turn signal
- When at least 1 1/2 bus lengths ahead of passed vehicle, moves back into right lane
- Deactivates right turn signal
- Maintains proper following distance
- Maintains safe speed

**✓Securing The Bus**
- ✓ Set parking brake
- ✓ Shift to a low gear
- ✓ Check instruments
- ✓ Turn off ignition and remove key
- ✓ Upon leaving bus, secure door

---

*INSTRUCTIONS TO CERTIFIED DELAWARE SCHOOL BUS DRIVER TRAINER*
*FOR COMPLETING THIS FORM*

*In the process of working with new drivers, the trainer should cover as many of the tasks shown and indicate with a checkmark ( ✓ ) the tasks that were covered in the training. This form must be signed by both the applicant and the certified Delaware School Bus Driver Trainer after the 2 hour training.*

---

To be completed by Driver Applicant

_____

Driver Applicant's Employer

John Gundry
_____
Driver Applicant's Signature

To be completed by Driver Trainer

_Dan B. Hay_
Driver Trainer's Signature

_____
Driver Trainer's Employer

8/13, 15, 18 /03
Date or Dates this segment of training was completed

0467t/4

# 3

*TO BE COMPLETED BY THE CERTIFIED DELAWARE SCHOOL BUS DRIVER TRAINER*

2 hours Observation by the certified Delaware School Bus Driver Trainer
with the driver applicant driving the bus with children aboard
(See instructions for completion of form on reverse side)

| | |
|---|---|
| ✓ Pre trip inspection | ✓ Leaving traffic flow |
| ✓ Seat adjustment/seat belt | ✓ Being passed |
| ✓ Use and adjustment of mirrors | ___ Starting/stopping on grade |
| ✓ Starting the engine | ✓ Cross over turn movements |
| ✓ Putting vehicle in motion | ✓ Communicating by using public address system |
| ✓ Braking and stopping | ___ Bridges |
| ___ Shifting | ✓ Pedestrians and cycle interaction |
| ___ Lateral clearance | ✓ Railroad crossing |
| ✓ Left and right turns | ___ Enter and/or merge expressway |
| ✓ Driving in reverse | ✓ Lane changing |
| ✓ 2 point turns | ✓ Passing |
| ✓ Parking | ✓ Observation of signs, signals, and markings |
| ✓ Entering traffic flow | ✓ Parked vehicles |
| ✓ Lane position/usage | ✓ Approaching intersections |
| ✓ Speed control | ✓ Through intersections |
| ✓ Following distance | ✓ Pick up and discharge of pupils |
| ✓ Curves and hills | ✓ Securing the school bus |
| ✓ Yielding right of way | |

S072

| To be completed by Driver Applicant | To be completed by Driver Trainer |
|---|---|
| | _Gary B. Hay_ |
| Driver Applicant's Employer | Driver Trainer's Signature |
| _John Gundry_ | |
| Driver Applicant's Signature | Driver Trainer's Employer |
| _[signature]_ | _8/18/03_ |
| | Date of Dates this segment of training was completed |

0467t/5

## INSTRUCTIONS FOR COMPLETING FORM

This segment of the training should be the final session between the driver applicant and the certified Delaware School Bus Driver Trainer. The trainer should observe the driver applicant in the performance of their duty as a school bus driver placing a checkmark ( / ) beside the tasks performed.

It is critical that the applicant and the driver trainer discuss and analyze the training to give the driver the opportunity to discuss any aspects of the training before they receive their yellow card from the local transportation supervisors and the school bus driver license endorsement from the Motor Vehicle Division.

ATTACH FORMS #1 AND #2 WITH THIS FORM #3 FOR SIGNATURE.

-----------------------------------------------------------------------

This is to certify that the school bus driver applicant shown has completed the 6 hours of on bus training under my supervision. I recommend this applicant for employment as a school bus driver.

| 8/18/03 | _Dan B. Gfrey_ |
|---------|----------------|
| Date | Certified Delaware School Bus Driver Trainer Signature |

| 9-23-03 | _L. J. Sattariell_ |
|---------|----------------|
| Date | District Transportation Supervisor Signature |

S073

0467t/6
R-4/88

**Seaford School District's Privilege Log**

| Document Number | Date | Author | Recipient | CC | Description | Privilege Asserted |
|---|---|---|---|---|---|---|
| 1 | after 6/1/2006 | S. Messick | Seaford Attorneys | None | Narrative prepared after Plaintiff filed complaint | Work Product |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FRANK DISMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SEAFORD SCHOOL DISTRICT, | ) | |
| | ) | No. 06-437 (SLR) |
| Defendant, | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| BLANCHE GUNDRY and JOHN GUNDRY, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**<u>NOTICE OF SERVICE</u>**

I, Jennifer M. Becnel-Guzzo, Esquire, hereby certify that on October 16, 2006, true and

correct copies of **Defendant Seaford School District's Responses to Plaintiff's Document**

**Requests and this Notice of Service** were filed with the Court using CM/ECF and were served

via U.S. Mail upon the following:

> Frank Dismore
> 1 Crossgate Drive
> Seaford, DE 19947


> BUCHANAN INGERSOLL & ROONEY PC
>
> Jennifer M. Becnel-Guzzo, Esquire (#4492)
> The Brandywine Building
> 1000 West Street, Suite 1410
> Wilmington, DE 19801
> (302) 552-4200
> jennifer.becnelguzzo@bipc.com
> *Attorneys for Defendant Seaford School District*

October 16, 2006