IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK DISMORE, | ) | |
|         Plaintiff, | ) | |
| v. | ) | |
| SEAFORD SCHOOL DISTRICT, | ) | No. 06-437 (SLR) |
|         Defendant, | ) | |
|         Third-Party Plaintiff, | ) | |
| v. | ) | |
| BLANCHE GUNDRY and JOHN GUNDRY, | ) | |
|         Third-Party Defendants. | ) | |

## NOTICE OF DISMISSAL OF THIRD-PARTY COMPLAINT

COMES NOW Defendant/Third-Party Plaintiff Seaford School District and hereby dismisses the Third-Party Complaint filed against John Gundry and Blanche Gundry pursuant to Fed. R. Civ. P. 41(a)(1), each party to bear its own fees and costs.

BUCHANAN INGERSOLL & ROONEY, P.C.

*/s/ Jennifer M. Becnel-Guzzo*
Jennifer M. Becnel-Guzzo, Esquire (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801
jennifer.becnelguzzo@bipc.com
(302) 552-4200

October 19, 2006

*Attorneys for Defendant/Third-Party Plaintiff Seaford School District*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK DISMORE,<br><br>            Plaintiff,<br>v.<br><br>SEAFORD SCHOOL DISTRICT,<br><br>            Defendant,<br>            Third-Party Plaintiff,<br>v.<br><br>BLANCHE GUNDRY and JOHN GUNDRY,<br><br>            Third-Party Defendants. | No. 06-437 (SLR) |

### CERTIFICATE OF SERVICE

I, Jennifer M. Becnel-Guzzo, Esquire, hereby certify that on October 19, 2006, I electronically filed the **Notice of Dismissal of Third-Party Complaint** with the Clerk of Court using CM/ECF and served same upon the following:

**VIA U.S. MAIL:**
Frank Dismore
1 Crossgate Drive
Seaford, Delaware 19947

Blanche and John Gundry
4610 Woodland Church Road
Seaford, Delaware 19973

**VIA HAND DELIVERY:**
James Geddes, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

BUCHANAN INGERSOLL & ROONEY PC

_/s/ Jennifer M. Becnel-Guzzo_
Jennifer M. Becnel-Guzzo, Esquire (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
jennifer.becnelguzzo@bipc.com
*Attorneys for Defendant/Third-Party Plaintiff
Seaford School District*

October 19, 2006

WLM#68208