## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK DISMORE, | ) |
| | ) |
| Plaintiff, | )  No. 06-437 (SLR) |
| v. | ) |
| | ) |
| SEAFORD SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DEPOSITION OF FRANK DISMORE

TO:   Mr. Frank Dismore
1 Crossgate Drive
Seaford, DE 19973

PLEASE TAKE NOTICE that counsel for Defendant Seaford School District, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, will take the oral deposition of Plaintiff Frank Dismore in the offices of Buchanan Ingersoll & Rooney, The Brandywine Building, 1000 West Street, Suite 1410, Wilmington, Delaware 19801, on November 27, 2006, beginning at 10:00 a.m. The deposition will be taken by a notary public, court reporter, or other authorized person and will continue from day to day until completed.

BUCHANAN INGERSOLL & ROONEY PC

*/s/ Jennifer M. Becnel-Guzzo*
Jennifer M. Becnel-Guzzo, Esquire (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
jennifer.becnelguzzo@bipc.com
*Attorneys for Defendant Seaford School District*

November 1, 2006

WLM#68325

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK DISMORE, ) | |
| ) | |
| Plaintiff, ) | No. 06-437 (SLR) |
| v. ) | |
| ) | |
| SEAFORD SCHOOL DISTRICT, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Jennifer M. Becnel-Guzzo, Esquire, hereby certify that on November 1, 2006, I electronically filed the **Notice of Deposition of Frank Dismore** with the Clerk of Court using CM/ECF and served same upon the following:

VIA U.S. MAIL:
Frank Dismore
1 Crossgate Drive
Seaford, Delaware 19947

BUCHANAN INGERSOLL & ROONEY PC

*/s/ Jennifer M. Becnel-Guzzo*
Jennifer M. Becnel-Guzzo, Esquire (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
jennifer.becnelguzzo@bipc.com
*Attorneys for Defendant Seaford School District*

November 1, 2006

WLM#68343