06-437-SLR

Monday, November 06, 2006

Dear Judge Sue L. Robinson,

    It is becoming increasingly apparent to me that I am in need of professional legal counsel in this matter. I have done as much as I know how to do with my limit resources that I have available to me. Those resources do not allow me the privilege of commuting to Wilmington. Be it a deposition, or seeking legal counsel, this would be especially difficult since not only would I be expected to commute to Wilmington but I would be expected to pay their legal fees as well, even if they didn't want to represent me.

    I feel that in representing myself, my civil rights are in jeopardy here. Also the opposing attorney's case could be in question without proper counsel on my side. I sent the other attorney a list of my doctors and this was inadequate for her and has threaten legal action against me. I feel that at this time that I need to demand legal protection from this court in this case.

    There is certainly merit to this case, otherwise the EEOC would not have provided me with a letter to sue. It would not have gotten to this point if it were merit less considering my lack of knowledge of the legal system.

    I anxiously await your ruling on this matter.

                                           Sincerely

                                           Frank Dismore



RD Scanning
SUE L. ROBINSON
U.S. DISTRICT JUDGE

NOV -8 2006

FILED

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

**Jennifer M. Becnel-Guzzo**
302 552 4208
jennifer.becnelguzzo@bipc.com

The Brandywine Building
1000 West Street, Suite 1410
Wilmington, Delaware 19801-1397

T 302 552 4200
F 302 552 4295

www.buchananingersoll.com

October 31, 2006

**VIA FEDERAL EXPRESS**

Mr. Frank Dismore
1 Crossgate Drive
Seaford, DE 19973

    Re:    *Dismore v. Seaford School District*
             C.A. No. 06-437 (SLR)

Dear Mr. Dismore:

    On September 18, 2006, Seaford School District served you with discovery requests, including interrogatories and requests for documents. Your responses to those requests were due on October 23, 2006. However, as of today, we have not received your answers. If we do not receive your complete responses by November 8, 2006, we will be forced to file a motion with the Court.

    In addition, on September 18, we sent you releases to sign so that we may obtain your medical and educational records. Please provide us with those signed releases immediately.

    If you have any questions, please call me.

Very truly yours,

Jennifer M. Becnel-Guzzo

cc:    Jessamyne M. Simon, Esquire

WLM#68323

Frank Dismore
1 Crossgate Drive
Seaford, Del. 19973

WILMINGTON DE 197
06 NOV 2006 PM 1 T

Judge Sue L Robertson
Lockbox 31
844 King street
U. S. Courthouse
Wilmington, Del. 19801