IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK DISMORE,<br><br>        Plaintiff,<br><br>v.<br><br>SEAFORD SCHOOL DISTRICT,<br><br>        Defendant. | )<br>)<br>)  No. 06-437 (SLR)<br>)<br>)<br>)<br>)<br>)<br>) |

**RE-NOTICE OF DEPOSITION OF FRANK DISMORE**

TO:    Mr. Frank Dismore
         1 Crossgate Drive
         Seaford, DE 19973

PLEASE TAKE NOTICE that counsel for Defendant Seaford School District, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, will take the oral deposition of Plaintiff Frank Dismore in the offices of Buchanan Ingersoll & Rooney, The Brandywine Building, 1000 West Street, Suite 1410, Wilmington, Delaware 19801, on January 22, 2007, beginning at 1:00 p.m. The deposition will be taken by a notary public, court reporter, or other authorized person and will continue from day to day until completed.

                                                    BUCHANAN INGERSOLL & ROONEY PC

                                                    Jennifer M. Becnel-Guzzo, Esquire (#4492)
                                                    The Brandywine Building
                                                    1000 West Street, Suite 1410
                                                    Wilmington, DE 19801
                                                    (302) 552-4200
                                                    (302) 552-4295 (facsimile)
                                                    jennifer.becnelguzzo@bipc.com
                                                    *Attorneys for Defendant Seaford School District*

November 22, 2006

WLM#1000191

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK DISMORE, ) | |
| ) | |
| Plaintiff, ) | No. 06-437 (SLR) |
| v. ) | |
| ) | |
| SEAFORD SCHOOL DISTRICT, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Jennifer M. Becnel-Guzzo, Esquire, hereby certify that on November 22, 2006, I electronically filed the **Re-Notice of Deposition of Frank Dismore** with the Clerk of Court using CM/ECF and served same upon the following:

**VIA FEDERAL EXPRESS:**
Frank Dismore
1 Crossgate Drive
Seaford, Delaware 19947

                                      BUCHANAN INGERSOLL & ROONEY PC

                                      Jennifer M. Becnel-Guzzo, Esquire (#4492)
                                      The Brandywine Building
                                      1000 West Street, Suite 1410
                                      Wilmington, DE 19801
                                      (302) 552-4200
                                      (302) 552-4295 (facsimile)
                                      jennifer.becnelguzzo@bipc.com
                                      *Attorneys for Defendant Seaford School District*

November 22, 2006

WLM#68343
#1000192-v1