OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

January 17, 2007

TO: Frank Dismore
     1 Crossgate Dr.
     Seaford, DE 19973

**RE: Deficiency for Lack of Service; 06-437(SLR)**

Dear Mr. Dismore:

    Discovery documents (DI 20) were received on 1/9/07 and have been placed under seal. Please be advised that these documents do <u>not</u> conform to: Federal Rules of Civil Procedure.

    The papers have been docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, **DI# 20 *must be served by you, upon all local counsel of record***, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

    A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

    Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

                                                Sincerely,

/ead                                          PETER T. DALLEO
                                             CLERK

cc: The Honorable Sue L. Robinson
enc: Local Counsel Listing