IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK DISMORE, | ) |
| | ) |
| Plaintiff, | ) No. 06-437 (SLR) |
| v. | ) |
| | ) |
| SEAFORD SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT SEAFORD SCHOOL DISTRICT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure (the "Rules"), Seaford School District ("Seaford"), by and through its undersigned counsel, hereby responds to Plaintiff's First Set of Interrogatories as follows:

**GENERAL OBJECTIONS**

1. Seaford objects to these Interrogatories to the extent that they seek information or documents that constitute privileged attorney-client material, constitute attorney work product or work prepared for, or in the anticipation of litigation, or that are otherwise protected from disclosure on the basis of any applicable privilege. The inadvertent disclosure or production of any privileged information or document shall not be deemed to be a waiver of any applicable privilege with respect to such information or document or any other information or document disclosed or produced by Seaford.

2. Seaford objects to these Interrogatories to the extent that they purport to impose requirements beyond those permitted by the Rules.

3. Seaford objects to these Interrogatories to the extent that they seek documentation or information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence.

4. Seaford objects to these Interrogatories to the extent that they conflict with, contravene or contradict any Delaware statute, ordinance, or code section.

5. Seaford objects to these Interrogatories to the extent that they would require the making of an unreasonable investigation by Seaford.

6. Seaford objects to these Interrogatories to the extent that they would cause unreasonable annoyance, oppression, burden and expense to Seaford.

## ANSWERS

1. What was the second girl[']s role in the cell phone incident?

**ANSWER:** **The other student witnessed the text messages being received by the first student.**

2. What is the Seaford School Districts [sic] Budget. What is the percentage is [sic] Federally funded, State funded, and locally funded. So that I might make a qualified estimate of damages.

**ANSWER:** **Seaford objects to this request as overly broad and not reasonably calculated to lead to the discovery of admissible evidence. By way of further response, Seaford's funding is derived from the following sources: State 71.6%, Federal 14.7%, and Local 13.7%.**

3.  What was the nature and result of a conversation Mr. Saltarelli had with my mother about this incident, when she visited his office.

**ANSWER: In Spring 2006, Plaintiff's mother met with Mr. Saltarelli and advised him that, in her opinion, Plaintiff was not dangerous. Mr. Saltarelli explained that the school district could not risk the safety of its students and would not reconsider allowing Plaintiff to drive a school bus in Seaford.**

BUCHANAN INGERSOLL & ROONEY PC

*/s/ Jennifer M. Becnel-Guzzo*
Jennifer M. Becnel-Guzzo, Esquire (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
jennifer.becnelguzzo@bipc.com
*Attorneys for Defendant Seaford School District*

February 2, 2007

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK DISMORE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-437 (SLR) |
| v. | ) | |
| | ) | |
| SEAFORD SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Jennifer M. Becnel-Guzzo, Esquire, hereby certify that on February 2, 2007, true and correct copies of **Defendant Seaford School District's Responses to Plaintiff's First Set of Interrogatories and this Notice of Service** were filed with the Court using CM/ECF and were served via U.S. Mail upon the following:

> Frank Dismore
> 1 Crossgate Drive
> Seaford, DE 19947

> BUCHANAN INGERSOLL & ROONEY PC
>
> */s/ Jennifer M. Becnel-Guzzo*
> Jennifer M. Becnel-Guzzo, Esquire (#4492)
> The Brandywine Building
> 1000 West Street, Suite 1410
> Wilmington, DE 19801
> (302) 552-4200
> jennifer.becnelguzzo@bipc.com
> *Attorneys for Defendant Seaford School District*

February 2, 2007