IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK DISMORE, | ) |
| | ) |
| Plaintiff, | ) No. 06-437 (SLR) |
| v. | ) |
| | ) |
| SEAFORD SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

## STIPULATED BRIEFING SCHEDULE

It is hereby stipulated, by and between the parties, and subject to the approval of the Court, that the following dates shall govern the summary judgment briefing in the above-captioned action:

| | |
|---|---|
| Seaford's Motion for summary judgment and opening brief in support thereof | May 24, 2007 |
| Dismore's Answering brief | June 25, 2007 |
| Seaford's Reply brief | July 13, 2007 |
| Oral Argument on Motion for Summary Judgment | _____, 2007 at _____ |

FRANK DISMORE

_____
Frank Dismore
1 Cross Gate Drive
Seaford, DE 19973
*Plaintiff*

BUCHANAN INGERSOLL & ROONEY PC

_____
Jennifer M. Becnel-Guzzo, Esquire (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
jennifer.becnelguzzo@bipc.com
*Attorneys for Defendant Seaford School District*