IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRANK DISMORE, | ) | |
| | ) | No. 06-437 (SLR) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SEAFORD SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT SEAFORD SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT

Defendant Seaford School District, by and through its undersigned counsel, hereby moves this Court for an Order granting summary judgment in its favor for the reasons set forth in the accompanying Opening Brief in Support of this motion. A form of order is attached hereto.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY

By: *(signature)*
Alfred J. D'Angelo, Esquire (#2164)
Jennifer Becnel-Guzzo, Esquire (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
*Attorneys for Defendant Seaford School District*

May 24, 2007

#1007412-v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK DISMORE, | ) |
| | ) No. 06-437 (SLR) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| SEAFORD SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

### ORDER

**AND NOW,** the Court, this _____ day of _____, upon consideration of Defendant Seaford School District's Motion for Summary Judgment does hereby **ORDER**:

(1) Defendant Seaford School District's Motion for Summary Judgment is **GRANTED**;

(2) Judgment is entered in favor of Defendant Seaford School District and against Plaintiff Frank Dismore on all counts of the Complaint; and

(3) The Complaint is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED:**

_____
Chief Judge Sue L. Robinson
UNITED STATES DISTRICT COURT

#1007411-v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK DISMORE, | ) |
| | ) No. 06-437 (SLR) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| SEAFORD SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Jennifer M. Becnel-Guzzo, Esquire, hereby certify that on May 24, 2007, I electronically filed **Defendant Seaford School District's Motion for Summary Judgment, Opening Brief in Support of Its Motion for Summary Judgment, Exhibits, and Proposed Order** with the Clerk of Court using CM/ECF and served same upon the following via UPS Overnight Delivery:

Frank Dismore
1 Crossgate Drive
Seaford, Delaware 19947

BUCHANAN INGERSOLL & ROONEY PC

/s/ Jennifer M. Becnel-Guzzo
Jennifer M. Becnel-Guzzo, Esquire (#4492)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200
(302) 552-4295 (facsimile)
jennifer.becnelguzzo@bipc.com
*Attorneys for Defendant Seaford School District*

May 24, 2007

#1007410-v1