FILED
JUN 27 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE

BD scanned

# IN THE UNITED STATES DISTRIC COURT
# FOR THE DISTRICT OF DELAWARE

**FRANK DISMORE**
**Plaintiff**

No. 06-437 (SLR)

**SEAFORD SCHOOL DISTRICT**
**Defendant**

## PLAINTIFF FRANK DISMORE'S OPENING RESPONSE OF DEFENDANT SEAFORD SCHOOL DISTRICT'S OPENING BREIF

Frank Dismore

*[signature]*

1 Crossgate Drive
Seaford, Del. 19973

I have a basic right to face my accusers in a court of law, I exercising that right of the accused ( me )

My lawsuit is based on the investigation or lack of by the Seaford school district. and not the investigation after wards preformed by Seaford's legal counsel.

In Exhibit D, page 5, *7,

A claimant had to show two of the following. I have two, numbers two (2) and four (4). Item two shows inappropriate behavior in a social setting. Item four repeated episodes of deterioration… in a work-like setting which causes the individual to withdraw from the situation. I was terminated without recourse.

Exhibit F

This is/was a case of a disability developed during the course of employment. Mine is a disability I was born with. So it really doesn't have any bearing on the case, and should be withdrawn accordingly.

Exhibit G
Page 3, item 3.1
has the authority of a class room teacher and is responsible for the health, safety and welfare of each passenger.

Offering condoms to protect the health and welfare of students, and I was terminated for such an act.

3.2
Establish and maintain a rapport with passengers

In doing so I was terminated.

Both occasions that I was disciplined ( terminated) for were clearly within the boundaries of my stated job according to the state of Delaware, department of educations code.

As far as my early childhood medical records are concerned that Seaford Claims they had no access to. At least one of them was in fact created by Seaford to inform my parents of my problem. Another was sent to Central Elementary School, Attn Marion Pepper, Principal.

As for the hostile environment is concerned, I specifically asked for Mr. Saltarelli's response to these and was provide with a legal response that basically said they weren't available to me. I have developed on my own the opposing side of these conversations. I just have to wonder what other information might be being withheld as well.

Name      DIANE'S B[...] [...]C[...] INC.
          8640 [...] [...]NCE ST.
Address   SEAFORD DE 19973

Bus Company Name

Did you have a conversation with Mr. Saltarelli over the Christmas 2005-2006 about employing Mr. Dismore as a School Bus driver?

Answer   *Yes*

At any time during this conversation did Mr. Saltarelli threaten to remove Mr. Dismore from any School District Bus.

Answer   *Said he could not Drive*

At any time during this conversation did Mr. Saltarelli threaten the use of force to remove Mr. Dismore ?

Answer   *Not discussed*

*James F. Horne Sr.*

Name **John Gundry**

Address **4610 Woodland Church Road, Seaford, Del. 19973**

Bus Company Name **Gundry Bus Service**

Did you have a conversation with Mr. Saltarelli over the Christmas 2005-2006 about employing Mr. Dismore as a School Bus driver?

Answer  *Yes*

At any time during this conversation did Mr. Saltarelli threaten to remove Mr. Dismore from any School District Bus.

Answer  *Yes*

~~At any time during this conversation did Mr. Saltarelli threaten the use of force to remove Mr. Dismore?~~

Answer

*John R. Gundry* [signature]

Frank Dismore
1 Crossgate Drive
Seaford Del. 19973





The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, Del. 19801

Re. Dismore v. Seaford School District
Case No. 06-437 (SLR)