IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK DISMORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-437-SLR |
| | ) |
| SEAFORD SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 25th day of January, 2008, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's motion for summary judgment (D.I. 24) is **granted**.

2. The clerk of the court is directed to enter judgment in favor of defendant and against plaintiff.

_____
UNITED STATES DISTRICT JUDGE