IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK DISMORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-437-SLR |
| SEAFORD SCHOOL DISTRICT, | ) ) ) |
| Defendant. | ) ) |

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of January 25, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Seaford School District and against plaintiff Frank Dismore.

_____
United States District Judge

Dated: January 28, 2008

_____
(By) Deputy Clerk